UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 2 5 1995

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

U.S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED: 9-19-95
Michael N. Milby, Clerk

FRANCISCO R. RODRIGUEZ, ET AL §
VS § C.A. B-95-150
 §
UNITED STATES POSTAL SERVICE, ET §
AL §

## ORDER

The Court is allowing plaintiffs, Francisco R. Rodriguez and Emma Mendez Rodriguez, to proceed in Forma Pauperis. Plaintiffs have filed under 28 USC 2003 (job discrimination). The United States District Clerk is instructed to issue summons and the United States Marshal is hereby is instructed to serve said summons.

Done at Brownsville, Texas on September 19, 1995

John Wm. Black
United States Magistrate Judge