AO 440 (Rev 1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

NOV 0 2 1995

Michael N. Milby, Clerk

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

**BROWNSVILLE DIVISION**

FRANCISCO R RODRIGUEZ, ET AL

V.

UNITED STATES POSTAL SERVICE, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-95-150**

TO: (Name and Address of Defendant)

MARY MARTINEZ
POSTMASTER
1502 NEW COMBES HIGHWAY
HARLINGEN TEXAS   78550-9998

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

PRO SE
FRANCISCO R RODRIGUEZ
719 CITRUS TERRACE
HARLINGEN TEXAS   78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**Michael N. Milby, Clerk**

CLERK

BY DEPUTY CLERK

DATE   OCT 2 5 1995

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 10/27/95 |
|---|---|
| NAME OF SERVER (PRINT) *H. Rosales* | TITLE *DUSM* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Served by Certified mail*

_____ *$3.00*

### STATEMENT OF SERVICE FEES

| TRAVEL —0— | SERVICES $40.00 | TOTAL $43.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *10/30/95*        *H. Rosales*
                    Date                              Signature of Server

Address of Server

**U.S. MARSHAL**
**P.O. BOX 1585**
**BROWNSVILLE, TEXAS 78520**

1) As to who may serve a summons    Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com