AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 02 1995

Michael N. Milby, Clerk

FRANCISCO R. RODRIGUEZ, ET AL

V.

UNITED STATES POSTAL SERVICE, ET AL

SUMMONS IN A CIVIL ACTION

CASE NUMBER: C.A.B-95-150

TO: (Name and Address of Defendant)

ARTURO CORTEZ
ACTING SUPERINTENDENT OF POSTAL OPERATIONS
U S POST OFFICE
FIRST STREET
HIDALGO TX  78557

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

PRO SE
FRANCISCO R. RODRIGUEZ
719 CITRUS TERRACE
HARLINGEN TEXAS  78550

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY
CLERK

OCTOBER 25, 1995
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 10/30/95 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) H. Rosales | TITLE D. U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Certified mail $3.00

## STATEMENT OF SERVICE FEES

| TRAVEL —0— | SERVICES $40.00 | TOTAL $43.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/95
             Date

Signature of Server  H. Rosales DUSM

Address of Server
U.S. MARSHAL
P.O. BOX 1585
BROWNSVILLE, TEXAS 78520

1) As to who may serve a summon    Rule 4 of the Federal Rules of Civil Procedure.