# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 3 0 1995

Michael N. Milby, Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ, <br>     Plaintiffs, <br> vs. <br><br> UNITED STATES POSTAL SERVICE: MARVIN T. RUNYON, Individually and as Postmaster General, UNITED STATES POSTAL SERVICE; MARY MARTINEZ, Individually and as Postmaster, UNITED STATES POSTAL SERVICE; ROMEO ROCHA, Individually and as Superintendent of Postal Operations, UNITED STATES POSTAL SERVICE, ROBERTO PANTOJA, Individually and as Superintendent of Postal Operations, UNITED STATES POSTAL SERVICE; GILBERT G. GALVAN, Individually and as Supervisor, UNITED STATES POSTAL SERVICE; ARTURO J. CORTEZ, Individually and as Acting Superintendent of Postal Operations, UNITED STATES POSTAL SERVICE; EDDIE M. PEREZ, Individually and as Part-Time Flexible Clerk, UNITED STATES POSTAL SERVICE; LOUIS BAZALDUA, Individually and as Labor Relations Specialist, UNITED STATES POSTAL SERVICE; MANUEL D. HERNANDEZ, Individually and as MSC Director Human Resources, UNITED STATES POSTAL SERVICE; FELIX R. FIGUEROA, Individually and as Postal Inspector, UNITED STATES POSTAL SERVICE; GEORGE LOPEZ, Individually and as MSC Manager/Postmaster, UNITED STATES POSTAL SERVICE, <br>     Defendants. | CIVIL ACTION Nº. B-95-150 |

## OPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

    The United States of America, on behalf of federal defendants herein, by and through Gaynelle Griffin Jones, United States Attorney for the Southern District of Texas, respectfully

asks this Court for an extension of time in which to file their answer (or other appropriate response) to the complaint herein.

The United States seeks this extension because time is needed to process each of the individually-named defendants' requests for representation by the Department of Justice. Each of the defendants are or were employed by the United States at the time of the complained action. In the unlikely event that a request is denied, the affected individual will need ample opportunity to obtain counsel. In addition, once authorization for representation is granted, counsel for the United States will need to meet with each defendant to discuss his/her defense(s) to the allegations prior to submitting a responsive pleading in the case.

Although some "proper service of process" questions exist at this time, it would appear that some of the defendants would need to respond by January 2, 1996 if an extension is not granted. The United States would ask that said deadline be extended for these defendants (and all defendants) to no earlier than February 20, 1996 so as to allow each of the defendants and their counsel time to prepare their defense.

## STATEMENT OF CONFERENCE

On November 30, 1995, the undersigned telephoned the plaintiffs' proceeding pro se, to determine their position with regard to this motion. Neither of the plaintiffs were available at that time. Therefore, it is assumed that this motion is opposed.

WHEREFORE PREMISES CONSIDERED, the United States of America prays for an extension of not less than forty-five (45) days within which to file their answer or otherwise plead to complaint on file herein.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
1036 E. Levee St., 2nd Floor
Brownsville, Texas 78521
(210) 548-2554
State Bar No. 00800490

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Answer or Otherwise Plead was mailed via certified mail, return-receipt requested to the following:

Francisco R. and Emma Mendez Rodriguez
Pro Se
719 Citrus Terrace
Harlingen, TX 78550

on this the 30th day of November, 1995.

_____
NANCY L. MASSO
Assistant United States Attorney