# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ AND     *
EMMA MENDEZ RODRIGUEZ,     *
       Plaintiffs,     *
       *
vs.     *
       *
UNITED STATES POSTAL SERVICE:     *
MARVIN T. RUNYON, Individually     *
and as Postmaster General,     *
UNITED STATES POSTAL SERVICE;     *
MARY MARTINEZ, Individually and as     *
Postmaster, UNITED STATES POSTAL     *
SERVICE; ROMEO ROCHA, Individually     *
and as Superintendent of Postal     *
Operations, UNITED STATES POSTAL     *
SERVICE, ROBERTO PANTOJA,     *
Individually and as Superintendent     *
of Postal Operations, UNITED STATES     *
POSTAL SERVICE; GILBERT G. GALVAN,     *
Individually and as Supervisor,     *
UNITED STATES POSTAL SERVICE;     *
ARTURO J. CORTEZ, Individually and as     *
Acting Superintendent of Postal Operations,     *
UNITED STATES POSTAL SERVICE;     *
EDDIE M. PEREZ, Individually and as     *
Part-Time Flexible Clerk, UNITED STATES     *
POSTAL SERVICE; LOUIS BAZALDUA,     *
Individually and as Labor Relations     *
Specialist, UNITED STATES POSTAL     *
SERVICE; MANUEL D. HERNANDEZ,     *
Individually and as MSC Director Human     *
Resources, UNITED STATES POSTAL     *
SERVICE; FELIX R. FIGUEROA, Individually     *
and as Postal Inspector, UNITED STATES     *
POSTAL SERVICE; GEORGE LOPEZ,     *
Individually and as MSC Manager/Postmaster,     *
UNITED STATES POSTAL SERVICE,     *
       Defendants.     *

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 13 1995

Michael N. Milby, Clerk
By Deputy:

U.S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS

FILED: 12-11-95

Michael N. Milby, Clerk

CIVIL ACTION Nº. B-95-150

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER
## OR OTHERWISE PLEAD

      CAME on for consideration of the Court, the application of the United States of America,

on behalf of the federal defendants herein, for an extension of time within which to file their

answer or otherwise plead.  It appearing to the Court that the application should be granted, it

is therefore

      ORDERED that the federal defendants are GRANTED an extension until **Feb 20**,

1996 to file their answer or otherwise plead to the complaint on file herein.

      SIGNED on this the 11th day of ___DECEMBER 1995 at Brownsville, Texas.

                                  JOHN W. BLACK

                                  United States Magistrate Judge

2