```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 18 1996

Michael N. Milby, Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ AND § <br> EMMA MENDEZ RODRIGUEZ, § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> UNITED STATES POSTAL SERVICE; § <br> MARVIN T. RUNYON, Individually § <br> And As Postmaster General, UNITED § <br> STATES POSTAL SERVICE; MARY MARTINEZ, § <br> Individually And As Postmaster, § <br> UNITED STATES POSTAL SERVICE; § <br> ROMEO ROCHA, Individually And As Super- § <br> intendent of Postal Operations, § <br> UNITED STATES POSTAL SERVICE; ROBERTO § <br> PANTOJA, Individually And As Superin- § <br> tendent Of Postal Operations, UNITED § <br> STATES POSTAL SERVICE; GILBERT G. § <br> GALVAN, Individually And As Supervisor, § <br> UNITED STATES POSTAL SERVICE; ARTURO § <br> J. CORTEZ, Individually And As Acting § <br> Superintendent Of Postal Operations, § <br> UNITED STATES POSTAL SERVICE; EDDIE M. § <br> PEREZ, Individually An As Part-time § <br> Flexible Clerk, UNITED STATES POSTAL § <br> SERVICE; LOUIS BAZALDUA, Individually § <br> And As Labor Relations Specialist, § <br> UNITED STATES POSTAL SERVICE; MANUEL § <br> D. HERNANDEZ, Individually And As MSC § <br> Director Human Resources, UNITED § <br> STATES POSTAL SERVICE; FELIX R. § <br> FIGUEROA, Individually And As Postal § <br> Inspector, UNITED STATES POSTAL § <br> SERVICE; GEORGE LOPEZ, Individually And § <br> As MSC Manager/Postmaster, UNITED § <br> STATES POSTAL SERVICE, § <br> Defendants. § | **CIVIL ACTION NUMBER: B-95-150** |

## PLAINTIFF'S MOTION REQUESTING COURT APPOINTED COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW FRANCISCO R. RODRIGUEZ and EMMA MENDEZ RODRIGUEZ, Plaintiffs in the above styled and numbered cause, and respectfully asks this Court to appoint an attorney to represent Plaintiffs in this cause.

## STATEMENT OF EFFORTS TO OBTAIN COUNSEL

Plaintiffs made every effort to obtain counsel to have the opportunity of equal protection of the laws in this cause. Contacted were several attorneys, including but not limited to, Harlingen, Texas attorney Ruben R. Pena, Texas Rural Legal Aid, Inc., in Harlingen, Texas, South Texas Project, San Juan, Texas and other attorneys as well. Due to their heavy case loads they were unable to represent Plaintliffs.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays for Court appointed counsel to fully and duly represent Plaintiffs in this cause.

Respectfully submitted,

FRANCISCO R. RODRIGUEZ
FILING PRO SE
719 Citrus Terrace
Harlingen, Texas 78550
Phone (210) 423-8632