IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 20 1996

Michael N. Milby, Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ AND § <br> EMMA MENDEZ RODRIGUEZ, § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> UNITED STATES POSTAL SERVICE; § <br> MARVIN T. RUNYON, Individually § <br> And As Postmaster General, UNITED § <br> STATES POSTAL SERVICE; MARY MARTINEZ, § <br> Individually And As Postmaster, § <br> UNITED STATES POSTAL SERVICE; § <br> ROMEO ROCHA, Individually And As Super- § <br> intendent of Postal Operations, § <br> UNITED STATES POSTAL SERVICE; ROBERTO § <br> PANTOJA, Individually And As Superin- § <br> tendent Of Postal Operations, UNITED § <br> STATES POSTAL SERVICE; GILBERT G. § <br> GALVAN, Individually And As Supervisor, § <br> UNITED STATES POSTAL SERVICE; ARTURO § <br> J. CORTEZ, Individually And As Acting § <br> Superintendent Of Postal Operations, § <br> UNITED STATES POSTAL SERVICE; EDDIE M. § <br> PEREZ, Individually An As Part-time § <br> Flexible Clerk, UNITED STATES POSTAL § <br> SERVICE; LOUIS BAZALDUA, Individually § <br> And As Labor Relations Specialist, § <br> UNITED STATES POSTAL SERVICE; MANUEL § <br> D. HERNANDEZ, Individually And As MSC § <br> Director Human Resources, UNITED § <br> STATES POSTAL SERVICE; FELIX R. § <br> FIGUEROA, Individually And As Postal § <br> Inspector, UNITED STATES POSTAL § <br> SERVICE; GEORGE LOPEZ, Individually And § <br> As MSC Manager/Postmaster, UNITED § <br> STATES POSTAL SERVICE, § <br> Defendants. § | CIVIL ACTION NUMBER: B-95-150 |

PLAINTIFF'S SECOND AMENDMENT TO ORIGINAL PETITION

PLAINTIFF'S MOTION DEMANDING JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FRANCISCO R. RODRIGUEZ, Plaintiff in the above styled and numbered cause, and formally and respectfully demands a jury trial.

PLAINTIFFS SECOND AMENDMENT TO ORIGINAL PETITION- Page 1.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays for a jury trial for the trial of this cause.

Respectfully submitted,

*Francisco R. Rodriguez*

FRANCISCO R. RODRIGUEZ
FILING PRO SE
719 Citrus Terrace
Harlingen, Texas 78550
Phone (210) 423-8632

PLAINTIFFS SECOND AMENDMENT TO ORIGINAL PETITION- Page 2.