23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 20 1996

Michael N. Milby, Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ, | * * * |
| vs. | * CIVIL ACTION Nº. B-95-150 * |
| UNITED STATES POSTAL SERVICE, ET AL | * * |

## FEDERAL DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the Federal Defendants named herein, by and through Gaynelle Griffin Jones, United States Attorney for the Southern District of Texas, and files this its motion to dismiss pursuant to Rules 12(b)(1) and (6) and 12(h)(3) of the Federal Rules of Civil Procedure; in the alternative, defendants move for summary judgment pursuant to Rule 12(c) and Rule 56(b) of the Federal Rules of Civil Procedure.

A memorandum of law in support of these motions is submitted herewith.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522
(210) 548-2554
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Federal Defendants' Motion to Dismiss, or Alternatively, Motion for Summary Judgment was mailed to the following:

### VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED:

Francisco R. Rodriguez and
Emma Mendez Rodriguez
Pro Se
719 Citrus Terrace
Harlingen, TX  78550

on this the 20th day of February, 1996.

_____
NANCY L. MASSO
Assistant United States Attorney