25

United States District Court
Southern District of Texas
FILED

MAR 1 8 1996

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ          §
AND EMMA MENDEZ RODRIGUEZ       §
       Plaintiffs,          §          CIIVIL ACTION NO. B-95-150
                   §
vs.                             §
                   §
UNITED STATES POSTAL SERVICE, ET AL   §
       Defendants.          §

### PLAINTIFFS' MOTION IN OPPOSITION TO DISMISS
### AND OPPOSE MOVE FOR SUMMARY JUDGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW FRANCISCO R. RODRIGUEZ, Plaintiff and files this its motion in opposition to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure; and oppose move for summary judgement pursuant to Rule 12 and 56 of the Federal Rules of Civil Procedure.

    A memorandum in support of these motions is submitted herewith.

                 Respectfully submitted,

                 FRANCISCO R. RODRIGUEZ
                 Pro Se
                 719 Citrus Terrace
                 Harlingen, Texas 78550
                 (210) 423-8632

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion in opposition to Dismiss and oppose Motion for Summary Judgement was mailed to:

## VIA CERTIFIED MAIL—RETURN—RECEIPT REQUESTED

NANCY L. MASSO

Assistant United States Attorney

P.O. Box 1671

Brownsville, Texas 78522

on this the 20th day of Maarch, 1996

FRANCISCO R. RODRIGUEZ

Pro Se

719 Citrus Terrace

Harlingen, Texas 78550