IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 18 1996

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ § § § Plaintiffs, § § vs. § § UNITED STATES POSTAL SERVICE, ET AL § Defendants. § | CIIVIL ACTION NO. B-95-150 |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION IN OPPOSITION TO DISMISS AND OPPOSE MOVE FOR SUMMARY JUDGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The plaintiff herein, files this memorandum in support of motion in opposition to dismiss, and oppose move for summary judgement, and would show unto the Court as follows:

### I.

### Facts Which Are In Dispute

1. Plaintiff denies filing Complaint case no. 3-U-1142-92 as declared in DECLARATION of REBECCA BROWN. (See: Brown Dec., p.4; Ex. "A").

2. In case no. 3-U-1376-92, Plaintiff rebuts declaration of Rebecca Brown, that plaintiff was reinstated to his position with "full back pay". (See: Brown Dec. p.7; Ex. "D"). In case no. 3-U-1376-92, Plaintiff rebuts the AFFIDAVIT of Frank Fritts, whereby it states that plaintiff received the EEOC (case no. 3-U-1376-92) decision on December 28, 1992. (See: Fritts Affidavit, Ex. 2).

Plaintiff responds herein and disproves the DECLARATION of REBSCCA BROWN and the AFFIDAVIT of Frank Fritts as follows:

(a). On July 9, 1993, Plaintiff received a check in the gross amount of $631.36, as part of the back pay award, for Plaintiff's 7-day suspension that was never adjudicated for lack of substance matter and incorporated with the wrongful discharge. (See: Plaintiff's Exhibit "1").

(b). By letter postmarked September 12, 1994, Plaintiff received a check in the gross amount of $643.37, as another back pay award payment. (See: Plaintiff's Exhibit "2").

(c). By letter postmarked May 10, 1995, Plaintiff received a check in the gross amount of $636.56, still another back pay award payment. (See: Plaintiff's Exhibit "3").

(d). On December 28, 1992, Plaintiff received a certified letter no. P 063 668 083, with the wrong contents and returned it to the sender. (See: Plaintiff's Exhibit "4").

3. In case no. 3-U-1604-92, Plaintiff consulted several attorneys and exhausted every effort for assistance on this case but failed to secure legal representation. (See: Plaintiff's Exhibit "5").

4. In case no. 4-780-1194-95, by letter dated April 25, 1995, EEO COUNSELOR/INVESTIGATOR, Carmen Cantu, informed Plaintiff that the EEO process was not for retirees and that the Postal Data Center, on 09-17-92, had approved the claim and issued Plaintiff a check for $5,984.00, and Plaintiff's claim was untimely and would be rejected. (See: Plaintiff's Exhibit "6").

5. As in case no. 3-U-1604-92, Plaintiff renewed efforts for legal assistance on case nos. 4-780-1194-95 and 3-U-1376-92, as well, but again was unable to secure legal representation. (See: Plaintiff's Exhibits "7", "8" and "9").

## II.

### Facts Which Are Not In Dispute

Plaintiff restates and incorporates by reference the allegations set forth herein and throughout the original and first amended petition and with specificity in section III, paragraphs 1 through 24, and alleges the following:

-2-

By that statement and pleading, Plaintiff intends to declare this pleading to place Defendants on notice of all claims which may be urged herein pursuant to the facts generally asserted herein in which may be developed in related discovery.

## III.

### ARGUMENTS

A.  The Defendants claim that Plaintiff had filed Complaint no. 3-U-1142-92, which he denies. The complainant in that case is Luis Rodriguez. (See: Defendant's, Brown Dec. Exhibit "A").

B.  In case no. 3-U-1376-92, The Defendants claim that Plaintiff had received the EEOC final decision in December 28, 1992, which he denies. Plaintiff was ignorant of the fact that EEOC had rendered a final decision. (See: Plaintiff's Exhibit "4"). In case no. 3-U-1376-92 docket no. 01930110 and the request for reconsideration docket no. 05950420, is properly before the EEOC commission. (See: Defendant's Exhibit "2", Fritts Affidavit).

C.  In case no. 3-U-1376-92, the Defendants claim that Plaintiff had been reinstated to his position with "full back pay", which he denies. (See: Defendant's Exhibit "1", Brown Dec., p.7). Plaintiff received back pay award payments as follows: On July 9, 1993, an amount of $631.36 (See: Plaintiff's Exhibit "1"); On September 12, 1994, an amount of $643.37. (See: Plaintiff's Exhibit "2"); On May 10, 1995, an amount of $636.56. (See: Plaintiff's Exhibit "3"), with a substantial amount, in controversy, still outstanding.

## **IV.**

It is well established that postal workers are appointed and perform pursuant to all the conditions of a collective bargaining agreement of his employment. As such Plaintiff performed all conditions and obligations pursuant the agreement of his employment and Plaintiff's termination was wrongful and malicious and constitute a direct and proximate cause of the financial losses and damages suffered by Plaintiff which are in excess of the minimum jurisdictional limits of the court.

## **V.**

### **CONCLUSION**

Plaintiffs' lawsuit should go forward. Plaintiff has articulated substantive subject-matter jurisdiction to state a claim upon which relief can be granted.

### **PRAYER**

WHEREFORE, PREMISES CONSIDERED Plaintiff prays that the lawsuit should go forward. Furthermore, there is sufficient evidence to deny the defendants' motion for summary judgement.

Respectfully submitted,

*Francisco R. Rodriguez*
FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550
(210) 423-8632

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion in opposition to Dismiss and oppose Motion for Summary Judgement was mailed to:

### VIA CERTIFIED MAIL-RETURN-RECEIPT REQUESTED

NANCY L. MASSO

Assistant United States Attorney

P.O. Box 1671

Brownsville, Texas 78522

on this the 20th day of Maarch, 1996

FRANCISCO R. RODRIGUEZ

Pro Se

719 Citrus Terrace

Harlingen, Texas 78550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion in opposition to Dismiss and oppose Motion for Summary Judgement was mailed to:

## VIA CERTIFIED MAIL-RETURN-RECEIPT REQUESTED

NANCY L. MASSO

Assistant United States Attorney

P.O. Box 1671

Brownsville, Texas 78522

on this the 20th day of Maarch, 1996

        FRANCISCO R. RODRIGUEZ

        Pro Se

        FRANCISCO R. RODRIGUEZ

        719 Citrus Terrace

        Harlingen, Texas 78550