United States District Court
Southern District of Texas
FILED

MAR 26 1996

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICXT COURT
FOR THE SOUTHERSN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ Plaintiffs, | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-95-150 |
| UNITED STATES POSTAL SERVICE, ET AL Defendants. | § § § | |

## OPPOSED MOTION TO AMEND ORIGINAL COMPLAINT OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FRANCISCO R. RODRIGUEZ, Plaintiff herein, and respectfully asks this Court to amend Original Complaint, pursuant to Rule 15, of the Federal Rules of Civil Procedure.

Plaintiff seeks to delete Plaintiff EMMA MENDEZ RODRIGUEZ from the petition. In addition, to properly bring this action before this Court, Plaintiff seeks to amend the pleadings with reference to sex, reprisal and age discrimination complained about throughout the Original Petition and First Amended Petition, in Title VII of the Civil Rights Act of 1964 (hereinafter "Title VII"), pursuant to 42 U.S.C. § 2000e-16, for sex and reprisal claims and Age Discrimination in Employment Act (hereinafter "ADEA"), 29 U.S.C. § 633a for age discrimination claims.

## STATEMENT OF CONFERENCE

On March 8, 1996, the undersigned telephoned Nancy L. Masso, Assistant United States Attorney, on behalf of the federal defendants herein, to determine their position regarding this motion. The defendants opposed the motion.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray for an amendment or otherwise plead to complaint on file herein.

Respectfully submitted,

_____
FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550
(210) 423-8632

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Opposed Motion to Amend Original Complaint or Otherwise Plead was mailed to the following:

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

NANCY L. MASSO
Assistant United States Attorney
P. O. Box 1671
Brownsville, Texas 78522

on this the 26th day of March, 1996

FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550