2d

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 03 1996

Michael N. Milby, Clerk

FRANCISCO R. RODRIGUEZ          *
AND EMMA MENDEZ RODRIGUEZ,      *
                                *
vs.                             *    CIVIL ACTION Nº. B-95-150
                                *
UNITED STATES POSTAL            *
SERVICE, ET AL                  *

## DEFENDANTS' NOTICE OF TARDY RECEIPT OF PLAINTIFFS' PLEADINGS AND OPPOSED MOTION FOR EXTENDED RESPONSE DATES

TO THE HONORABLE JUDGE OF SAID COURT:

This notice is to advise the Court that counsel for the United States received the following pleadings from plaintiff, Francisco Rodriguez, on March 26, 1996: 1) Plaintiff's Motion Requesting Court Appointed Counsel, and 2) Plaintiff's Second Amendment to Original Petition Plaintiff's Motion Demanding Jury Trial.

It appears from the face of the pleadings that Plaintiff's Second Amendment to Original Petition Plaintiff's Motion Demanding Jury Trial was filed with the Court on February 20, 1995; and Plaintiff's Motion Requesting Court Appointed Counsel was filed January 18, 1996. The United States has not had an opportunity to respond to these matters since they were not delivered to counsel until March 26, 1996. See Government's Exhibits "A" & "B". Under Local Rule 6D, the motions should not be submitted to the Court for consideration until twenty days from filing; it is during this twenty-day time period that a party should submit its responses in opposition. In that defendants' counsel did not receive the pleadings until well after the expiration of this twenty-day time period, defendants are being deprived of their opportunity to respond; as such, defendants may potentially be subjected to undue prejudice.

The defendants herein intend to file such a response within the timeframes established by this Court and respectfully ask this Court to permit the defendants at least twenty days in which to submit its responses.

## STATEMENT OF CONFERENCE

On March 27, 1996, I attempted to contact plaintiffs at the telephone number provided. The parties were not available; a message was left on an answering machine. At the time of filing, the message had not been returned. Therefore, it is assumed that the motion is opposed.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522
(210) 548-2554
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Defendants' Notice of Tardy Receipt of Plaintiffs' Pleadings and Motion for Extended Response Dates was mailed via certified mail, return-receipt requested to the following:

Francisco Rodriguez and
Emma Mendez Rodriguez
Pro Se
719 Citrus Terrace
Harlingen, TX 78550

on this the 3rd day of APRIL, 1996.

NANCY L. MASSO
Assistant United States Attorney

2

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT O   EXAS
           BROWNSVILLE DIVISION
```

Southern District of Texas
FILED

JAN 18 1996

Michael N. Milby, Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ AND<br>EMMA MENDEZ RODRIGUEZ,<br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE:<br>MARVIN T. RUNYON, Individually<br>And As Postmaster General, UNITED<br>STATES POSTAL SERVICE; MARY MARTINEZ,<br>Individually And As Postmaster,<br>UNITED STATES POSTAL SERVICE;<br>ROMEO ROCHA, Individually And As Super-<br>intendent of Postal Operations,<br>UNITED STATES POSTAL SERVICE; ROBERTO<br>PANTOJA, Individually And As Superin-<br>tendent Of Postal Operations, UNITED<br>STATES POSTAL SERVICE; GILBERT G.<br>GALVAN, Individually And As Supervisor,<br>UNITED STATES POSTAL SERVICE; ARTURO<br>J. CORTEZ, Individually And As Acting<br>Superintendent Of Postal Operations,<br>UNITED STATES POSTAL SERVICE; EDDIE M.<br>PEREZ, Individually An As Part-time<br>Flexible Clerk, UNITED STATES POSTAL<br>SERVICE; LOUIS BAZALDUA, Individually<br>And As Labor Relations Specialist,<br>UNITED STATES POSTAL SERVICE; MANUEL<br>D. HERNANDEZ, Individually And As MSC<br>Director Human Resources, UNITED<br>STATES POSTAL SERVICE; FELIX R.<br>FIGUEROA, Individually And As Postal<br>Inspector, UNITED STATES POSTAL<br>SERVICE; GEORGE LOPEZ, Individually And<br>As MSC Manager/Postmaster, UNITED<br>STATES POSTAL SERVICE,<br>    Defendants. | CIVIL ACTION NUMBER: B-95-150 |

## PLAINTIFF'S MOTION REQUESTING COURT APPOINTED COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW FRANCISCO R. RODRIGUEZ and EMMA MENDEZ RODRIGUEZ, Plaintiffs in the above styled and numbered cause, and respectfully asks this Court to appoint an attorney to represent Plaintiffs in this cause.



## STATEMENT OF EFFORTS TO OBTAIN COUNSEL

Plaintiffs made every effort to obtain counsel to have the opportunity of equal protection of the laws in this cause. Contacted were several attorneys, including but not limited to, Harlingen, Texas attorney Ruben R. Pena, Texas Rural Legal Aid, Inc., in Harlingen, Texas, South Texas Project, San Juan, Texas and other attorneys as well. Due to their heavy case loads they were unable to represent Plaintliffs.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays for Court appointed counsel to fully and duly represent Plaintiffs in this cause.

Respectfully submitted,

FRANCISCO R. RODRIGUEZ
FILING PRO SE
719 Citrus Terrace
Harlingen, Texas 78550
Phone (210) 423-8632

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion Requesting Court Appointed Counsel was mailed to the following:

~~CERTIFIED MAIL RETURN RECEIPT REQUESTED~~   HAND DELIVERED

FRR 3/26/96

NANCY L. MASSO
Assistant United States Attorney
P. O. Box 1671
Brownsville, Texas 78522

on this the 26th day of March, 1996

FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550

IN THE UNITED STATES DISTRICXT COURT
FOR THE SOUTHERSN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ <br> AND EMMA MENDEZ RODRIGUEZ <br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE, ET AL <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-95-150 |

## ORDER GRANTING COURT APPOINTED COUNSEL

On this day came on to be considered plaintiffs' Motion for Court Appointed Counsel in the above-entitled and numbered cause. Having read and considered the plaintiffs' motion and all other pleadings on file herein, the Court finds that the motion should be granted,

THEREFORE, IT IS ORDERED that plaintiffs' motion for a Court appointed counsel is hereby **GRANTED**.

SIGNED on_____ ,1996 in Brownsville, Texas.

_____
FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

FEB 20 1995

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ AND<br>EMMA MENDEZ RODRIGUEZ,<br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE:<br>MARVIN T. RUNYON, Individually<br>And As Postmaster General, UNITED<br>STATES POSTAL SERVICE; MARY MARTINEZ,<br>Individually And As Postmaster,<br>UNITED STATES POSTAL SERVICE;<br>ROMEO ROCHA, Individually And As Super-<br>intendent of Postal Operations,<br>UNITED STATES POSTAL SERVICE; ROBERTO<br>PANTOJA, Individually And As Superin-<br>tendent Of Postal Operations, UNITED<br>STATES POSTAL SERVICE; GILBERT G.<br>GALVAN, Individually And As Supervisor,<br>UNITED STATES POSTAL SERVICE; ARTURO<br>J. CORTEZ, Individually And As Acting<br>Superintendent Of Postal Operations,<br>UNITED STATES POSTAL SERVICE; EDDIE M.<br>PEREZ, Individually An As Part-time<br>Flexible Clerk, UNITED STATES POSTAL<br>SERVICE; LOUIS BAZALDUA, Individually<br>And As Labor Relations Specialist,<br>UNITED STATES POSTAL SERVICE; MANUEL<br>D. HERNANDEZ, Individually And As MSC<br>Director Human Resources, UNITED<br>STATES POSTAL SERVICE; FELIX R.<br>FIGUEROA, Individually And As Postal<br>Inspector, UNITED STATES POSTAL<br>SERVICE; GEORGE LOPEZ, Individually And<br>As MSC Manager/Postmaster, UNITED<br>STATES POSTAL SERVICE,<br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NUMBER: B-95-150 |

## PLAINTIFF'S SECOND AMENDMENT TO ORIGINAL PETITION

### PLAINTIFF'S MOTION DEMANDING JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FRANCISCO R. RODRIGUEZ, Plaintiff in the above styled and numbered cause, and formally and respectfully demands a jury trial.

PLAINTIFFS SECOND AMENDMENT TO ORIGINAL PETITION- Page 1.



WHEREFORE PREMISES CONSIDERED, Plaintiff prays for a jury trial for the trial of this cause.

Respectfully submitted,

*Francisco R. Rodriguez*

FRANCISCO R. RODRIGUEZ
FILING PRO SE
719 Citrus Terrace
Harlingen, Texas 78550
Phone (210) 423-8632

PLAINTIFFS SECOND AMENDMENT TO ORIGINAL PETITION- Page 2.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion Demanding a Jury Trial was mailed to the following:

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

NANCY L. MASSO
Assistant United States Attorney
P. O. Box 1671
Brownsville, Texas 78522

on this the 26th day of March, 1996

FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion Demanding a Jury Trial was mailed to the following:

~~CERTIFIED MAIL RETURN RECEIPT REQUESTED~~ HAND DELIVERED *JAL.* 3/26/96

NANCY L. MASSO
Assistant United States Attorney
P. O. Box 1671
Brownsville, Texas 78522


on this the 26th day of March, 1996

*[signature]*
FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550