29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT␣␣␣␣␣TEXAS

MAY 21 1996

MICHAEL N. MILBY, Clerk
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 20 1996

Michael N. Milby, Clerk

FRANCISCO R. RODRIGUEZ  \*
AND EMMA MENDEZ RODRIGUEZ,  \*
                        \*
vs.                     \*    CIVIL ACTION Nº. B-95-150
                        \*
UNITED STATES POSTAL    \*
SERVICE, ET AL          \*

## ORDER

Came on to be considered the United States' motion for extended response dates in the above-entitled and numbered cause. Having considered the pleadings herein, it is hereby ordered that the United States' motion for extended response date is GRANTED.

Therefore, the Court orders the United States to submit its responses to the pleadings identified as Exhibits "A" and "B" no later than 7 JUNE, 1996.

SIGNED on this the 20TH day of MAY, 1996 in Brownsville, Texas.

_____
JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE