UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 20 1996

MICHAEL N. MILBY, Clerk
By Deputy Clerk

**IN THE UNITED STATES DISTRICXT COURT**
**FOR THE SOUTHERSN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 20 1996

Michael N. Milby, Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| AND EMMA MENDEZ RODRIGUEZ | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES POSTAL SERVICE, ET AL | § | |
| Defendants. | § | |

## ORDER GRANTING TO AMEND ORIGINAL COMPLAINT OR OTHERWISE PLEAD

On this day came on to be considered plaintiffs' motion to amend the Original Complaint filed in the above-entitled and numbered cause pursuant to Rule 15 of the Federal Rules of Civil Procedure. Having read and considered the plaintiffs' motion and all other pleadings on file herein, the Court finds that the motion should be granted,

THEREFORE, IT IS ORDERED that plaintiffs' motion to amend is hereby GRANTED. *Plaintiff is to file amended complaint within ten days of the receipt of this or*

SIGNED on *20 May* ,1996 in Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

**JOHN WM. BLACK**
**U.S. MAGISTRATE JUDGE**