UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 1996

Michael N. Milby, Clerk

| FRANCISCO R. RODRIGUEZ | § | |
| Plaintiff, | § | CIVIL ACTION No. B-95-150 |
| | § | (AMENDED) |
| vs. | § | |
| | § | |
| UNITED STATES POSTAL SERVICE, ET AL | § | |
| Defendants. | § | |

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED
PLEADINGS TO ORIGINAL PETITION OR OTHERWISE PLEAD**

TO THE HONORABLE JUDGE OF SAID COURT:

FRANCISCO R. RODRIGUEZ, Plaintiff herein, respectfully asks this Court for an extension of time in which to file amendments to his pleadings to the original complaint herein.

The Plaintiff seeks this extension because it appears Plaintiff would need to respond by Saturday June 15, 1996 if an extension is not granted, and time is needed.

**STATEMENT OF CONFERENCE**

On June 14, 1996, the undersigned telephoned Ms. Nancy L. Masso, defendants attorney, but was not available, then talked to Mr. Mervyn Mossbacher and also telephoned Mr. Daniel Hu in Houston, Texas, to determine their position with regard to this motion. Neither Mr. Mossbacher or Mr. Hu could assist Plaintiff. Therefore, it is assumed that this motion is opposed.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays for an extension of not less than ten (10) days in which to file amendments to his complaint herein or otherwise plead.

Respectfully submitted,

*Francisco R. Rodriguez*
FRANCISCO R. RODRIGUEZ
Pro se
719 Citrus Terrace
Harlingen, Texas 78550
Ph. (210) 423-8632

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Amended Pleadings to Original Petition or Otherwise Plead was mailed via certified mail, returned receipt requested to the following:

Nancy L. Masso
Assistant United States Attorney
Southern District of Texas
1036 East Levee
Brownsville, Texas 78520

on this the __17th__ day of __June__ 1996.

CERTIFIED MAIL-RRR No. Z 703 014 381

FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550
(210) 423-8632