UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 03 1996

Michael N. Milby, Clerk
By Deputy:

34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED

JUL 03 1996

Michael N. Milby, Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ, Plaintiff, | § § § § | |
| vs. | § | CIVIL CAUSE No. B-95-150 |
| UNITED STATES POSTAL SERVICE, ET AL Defendants. | § § § § | |

## ORDER

Before the Court is Plaintiff's ("Mr. Rodriguez") Motion for an extension of time to amend his pleadings.

**BACKGROUND**

On March 26, 1996, Mr. Rodriguez filed a Motion to Amend his Original Complaint. On May 20, 1996, the Court granted Mr. Rodriguez's Motion to Amend his complaint with the limitation that "Plaintiff is to file amended complaint with in ten days of the receipt of this order." The postal return receipt indicates that Mr. Rodriguez received the order on June 5, 1996.

Plaintiff's Opposed Motion For Extension Of Time To File Amended Pleadings To Original Petition Or Otherwise Plead was filed on June 17, 1996. The Motion requested ten additional days. As of today, Mr. Rodriguez has failed to file his amended petition. Even if the Court granted Mr. Rodriguez's motion requesting an additional ten days, beginning June 17, 1996, the time period has passed.

## FAILURE TO COMPLY WITH A COURT ORDER

Mr. Rodriguez did not comply with this Court's order instructing him to replead his case by June 16, 1996. Recently, the Fifth Circuit stated, "[t]he federal courts are vested with the inherent power 'to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Woodson v. Surgitek, Inc.*, 57 F.3D 1406 (5th Cir. 1995)(citation omitted). This power is necessarily incident to the judicial power granted under Article III of the Constitution. *United States v. Hudson*, 11 U.S. (7 Cranch) 32, 34 (1812). This includes the power of the court to control its docket by dismissing a case as a sanction for a party's failure to obey court orders." *Id.* at 1416. The Court's inherent power to dismiss for failure to comply with Court orders is codified in Rule 41(b) of the Federal Rules of Civil Procedure. Although Rule 41(b) provides for dismissal on the motion of the defendant, the court can dismiss an action *sua sponte* (on its own motion). *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962).

IT IS **ORDERED** that Mr. Rodriguez file his amended complaint within five (5) days of the receipt of this order. If Mr. Rodriguez fails to submit his amended complaint in accordance with this order, the clerk is instructed not to file an amended complaint.

Done on this the 3rd day of July, 1996 at Brownsville, Texas.

JOHN WM. BLACK
United States Magistrate Judge