# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, * | |
|     Plaintiff, * | |
| vs. * | CIVIL ACTION N°. B-95-150 |
| * | |
| UNITED STATES POSTAL SERVICE, * | |
| ET AL * | |

## OPPOSED UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S THIRD AMENDMENT TO ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of federal defendants herein, by and through Gaynelle Griffin Jones, United States Attorney for the Southern District of Texas, respectfully asks this Court for an extension of sixty days in which to file its answer (or other appropriate response) to plaintiff's third amendment to original petition.

The United States seeks this extension because the plaintiff has raised new allegations in his third amendment to original petition which need to be investigated. Sixty days should allow ample time to fully look into these allegations.

### STATEMENT OF CONFERENCE

On July 18, 1996, the undersigned telephoned the plaintiff proceeding _pro se_, to determine his position with regard to this motion. The plaintiff was not available at that time. Therefore, it is assumed that this motion is opposed.

WHEREFORE PREMISES CONSIDERED, the United States of America prays for an extension of not less than sixty (60) days within which to file its answer or otherwise plead to plaintiff third amended to original petition.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
1036 E. Levee St., 2nd Floor
P.O. Box 1671
Brownsville, Texas  78521
(210) 548-2554
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing United States' Opposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiff's Third Amendment to Original Petition was mailed via certified mail, return-receipt requested to the following:

Francisco R. Rodriguez
Pro Se
719 Citrus Terrace
Harlingen, TX  78550

on this the 18th day of July, 1996.

_____
NANCY L. MASSO
Assistant United States Attorney

2