UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 06 1996

Michael N. Milby, Clerk
By Deputy: _____

United States District Court
Southern District of Texas
FILED

AUG 0 5 1996

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ,  *
    Plaintiff,  *
vs.  *  CIVIL ACTION Nº. B-95-150
  *
UNITED STATES POSTAL SERVICE,  *
ET AL  *

## ORDER

CAME on for consideration of the Court, the application of the United States of America, on behalf of the federal defendants herein, for an extension of time within which to file its answer or otherwise plead to plaintiff's third amendment to original petition. It appearing to the Court that the application should be granted, it is therefore

ORDERED that the federal defendants are GRANTED an extension of sixty (60) days in which to file its answer or otherwise plead to plaintiff's third amendment to original petition.

THEREFORE, IT IS ORDERED that the United States' respond to plaintiff's third amendment to original petition by OCT 4, 1996.

SIGNED on this the 5TH day of AUGUST, 1996 in Brownsville, Texas.

JOHN W. BLACK
United States Magistrate Judge