# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, * | |
| Plaintiff, * | |
| vs. * | CIVIL ACTION Nº. B-95-150 |
| * | |
| UNITED STATES POSTAL SERVICE, * | |
| ET AL * | |

### UNITED STATES' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S THIRD AMENDMENT TO ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of federal defendants herein, by and through Gaynelle Griffin Jones, United States Attorney for the Southern District of Texas, respectfully asks this Court for an extension of an additional fifteen (15) days in which to file its answer (or other appropriate response) to plaintiff's third amendment to original petition.

Counsel for the United States seeks this extension because a family emergency has required counsel for the United States to be out of town this week and as a consequence, will be unable to timely prepare an appropriate answer to the new allegations plaintiff has raised in his third amendment to original petition.

### STATEMENT OF CONFERENCE

On October 4, 1996, Melva I. Tamez, paralegal for United States' counsel telephonically contacted Francisco Rodriguez, proceeding pro se, to determine his position with regard to this motion. Mr. Rodriguez advised Ms. Tamez, due to the circumstances surrounding counsel for the United States, he was not opposed to the filing of this motion.

WHEREFORE PREMISES CONSIDERED, the United States of America prays for an extension of not less than fifteen (15) days within which to file its answer or otherwise plead to plaintiff's third amended original petition.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

*Adela Kowalski-Garza for &*
NANCY L. MASSO         *with*
Assistant United States Attorney   *permission.*
P.O. Box 1671
Brownsville, Texas 78521
(210) 548-2554
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing United States' Second Unopposed Motion for Extension of Time to File Answer or Otherwise Plead to Plaintiff's Third Amendment to Original Petition was mailed via certified mail, return-receipt requested to the following:

Francisco R. Rodriguez
Pro Se
719 Citrus Terrace
Harlingen, TX 78550

on this the 4th day of OCTOBER, 1996.

*Adela Kowalski-Garza for and*
NANCY L. MASSO         *w/ permission.*
Assistant United States Attorney

2