OCT 16 1996

Michael N. Milby, Clerk
By Deputy: [signature]

United States District Court
Southern District of Texas
FILED

OCT 10 1996

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ     *
    *
vs.     *    CIVIL ACTION NO. B-95-150
    *
UNITED STATES POSTAL     *
SERVICE, ET AL.     *

## ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL

Today, the Court considered the plaintiff's motion for appointment of counsel and the defendants response in opposition to same. Under the analysis set forth by the Fifth Circuit in the case of <u>Caston v. Sears, Roebuck & Co.</u>, 556 F.2d. at 1309, this Court finds that it is unable to justify the appointment of counsel at this time. Plaintiff has not produced any evidence showing his financial ability to pay for counsel nor is this Court satisfied that plaintiff's claims of discrimination have merit--especially in light of the pending jurisdictional issues.

THEREFORE, plaintiff's motion for appointment of counsel is **DENIED**.

SIGNED this _10th_ day of _OCTOBER_, 1996, in Brownsville, Texas.

[signature]
JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE