UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 10 1996

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION Nº. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| ET AL | * | |

CAME on for consideration of the Court, the United States' Second Unopposed motion for Extension of Time Within Which to File Its Answer or Otherwise Plead to Plaintiff's Third Amendment to Original Petition. It appearing to the Court that the extension should be granted, it is therefore

ORDERED that the federal defendants are GRANTED an extension of an additional fifteen (15) days in which to file its answer or otherwise plead to plaintiff's third amendment to original petition.

THEREFORE, IT IS ORDERED that the United States' respond to plaintiff's third amendment to original petition by OCT 24, 1996.

SIGNED on this the 10th day of OCT, 1996 in Brownsville, Texas.

JOHN W. BLACK
United States Magistrate Judge