

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 27 1996

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION No. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| ET AL | * | |
| Defendants. | * | |

### PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO FEDERAL DEFENDANT'S SECOND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT TO PLAINTIFF'S THIRD AMENDMENT TO ORIGINAL PETITION AND PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Francisco R. Rodriguez, Plaintiff herein, respectfully asks this Court for an extension of an additional fifteen (15) days in which to file its answer (or other appropriate response) to Federal Defendant's Second Motion to Dismiss, or in the Alternative, Motion for Summary Judgment to Plaintiff's Third Amendment to Original Petition and Pleadings

Plaintiff seeks this extension because he has continued an unsuccessful attempt to obtain counsel and with the holiday and long weekend approaching, the Court and area law libraries are closed and as a consequence will be unable to continue research and to timely prepare an appropriate and adequate response to the Federal Defendants Second Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

### STATEMENT OF CONFERENCE

On November 27, 1996, the undersigned telephoned counsel for Federal Defendants, to determine counsel's position with regard to this motion. Counsel advised Plaintiff that the request for filing this motion was unopposed.

**WHEREBY PREMISES CONSIDERED,** Plaintiff prays for an extension of not less than fifteen (15) days within which to file its answer or otherwise plead to federal defendants second motion to dismiss, or in the alternative, motion for summary judgment to plaintiff's third amendment to original petition and pleadings.

Respectfully submitted,

**FRANCISCO R. RODRIGUEZ**
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550
(210) 423-8632

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Plaintiffs' Second Unopposed Motion for Extension of Time to File an Answer or Otherwise Plead to Federal Defendant's Second Motion to Dismiss, or In The Alternative, Motion for Summary Judgment to Plaintiff's Third Amendment to Original Petition and Pleadings was mailed via certified mail, return receipt requested to the following:

NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78521

on this the _____ day of November, 1996.

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED Z 703 019 429**

**FRANCISCO R. RODRIGUEZ**
Pro Se