UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
DEC 1 0 1996
Michael N. Milby, Clerk
By Deputy

United States District Court
Southern District of Texas
FILED
DEC 0 5 1996
Michael N. Milby, Clerk

44

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION No. B-95-150 |
| | * |
| UNITED STATES POSTAL SERVICE, | * |
| ET AL | |

CAME on for consideration of the Court, the application of Francisco R. Rodriguez, Plaintiff herein, for an extension of time within which to file its answer or otherwise plead to federal defendant's second motion to dismiss, or in the alternative, motion for summary judgment to plaintiff's third amendment to original petition and pleadings. It appearing to the Court that the application should be granted, it is therefore

ORDERED that the plaintiff be GRANTED an extension of fifteen (15) days in which to file its answer or otherwise plead to federal defendant's second motion to dismiss, or in the alternative, motion for summary judgment to plaintiff's third amendment to original petition and pleadings.

THEREFORE, IT IS ORDERED that the Plaintiff respond to federal defendant's second motion to dismiss, or in the alternative, motion for summary judgment to plaintiffs' third amendment to original petition and pleadings by DEC 27, 1996. NO FURTHER EXTENSIONS WILL BE GRANTED

SIGNED on this the 5TH day of DEC, 1996 in Brownsville, Texas.

JOHN W. BLACK
United States Magistrate Judge