UNITED STATES DISTRICT ~~COURT~~
SOUTHERN DISTRICT OF ~~TEXAS~~
ENTERED

DEC 1 0 1996

Michael N. Milby, Clerk
By Deputy: _____

United States District Court
Southern District of Texas
FILED

DEC 0 5 1996

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ §
    Plaintiff, §
§ CIVIL ACTION No. B-95-150
vs. §
§
UNITED STATES POSTAL SERVICE, ET AL §
    Defendants. §

### ORDER GRANTING THE APPOINTMENT OF COUNSEL

CAME on for the consideration of this Court, Plaintiff's application for the appointment of counsel. It appearing to this Court that the application should be granted, it is therefore

**ORDERED** that the appointment of counsel be ~~GRANTED~~ DENIED

SIGNED on this the 5TH day of DEC, 1996 at Brownsville, Texas.

_____
JOHN W. BLACK
United States Magistrate Judge