46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 16 1996

Michael N. Milby, Clerk
By Deputy

United States District Court
Southern District of Texas
FILED

DEC 1 2 1996

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |

## ORDER NUNC PRO TUNC

On December 5, 1996, an Order was signed denying Plaintiff's Application for Appointed Counsel.  The caption of this Order reflected the granting of this application.  This was an error. Plaintiff's Application for Appointed Counsel is **DENIED**.

DONE at Brownsville, Texas, this 12th day of December, 1996.

John Wm. Black
United States Magistrate Judge