UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 20 1996

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION No. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| ET AL | * | |
| Defendants. | * | |

### PLAINTIFFS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO FEDERAL DEFENDANT'S SECOND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT TO PLAINTIFF'S THIRD AMENDMENT TO ORIGINAL PETITION AND PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Francisco R. Rodriguez, Plaintiff herein, respectfully asks this Court for an extension of an additional fifteen (15) days from January 14, 1997 in which to file its answer (or other appropriate response) to Federal Defendant's Second Motion to Dismiss, or in the Alternative, Motion for Summary Judgment to Plaintiff's Third Amendment to Original Petition and Pleadings

Plaintiff seeks this extension because of an unforeseen health condition created by a severe vision impairment and strict medical restrictions imposed by Plaintiff's physician ( See Plaintiff's Exhibit "Y","Z" and "AA") which will hinder Plaintiff's effort to timely prepare an appropriate and adequate response to the Federal Defendants Second Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

### STATEMENT OF CONFERENCE

On December 20, 1996, the undersigned had a personal conference with counsel for Federal Defendants, to determine counsel's position with regard to this motion. Counsel advised Plaintiff that due to the medical restrictions and health condition presented, the filing of this motion was unopposed.

**WHEREBY PREMISES CONSIDERED,** Plaintiff prays for an extension of not less than fifteen (15) days within which to file its answer or otherwise plead to federal defendants second motion to dismiss, or in the alternative, motion for summary judgment to plaintiff's third amendment to original petition and pleadings.

Respectfully submitted,

FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550
(210) 423-8632

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Plaintiffs' Third Unopposed Motion for Extension of Time to File an Answer or Otherwise Plead to Federal Defendant's Second Motion to Dismiss, or In The Alternative, Motion for Summary Judgment to Plaintiff's Third Amendment to Original Petition and Pleadings was mailed via certified mail, return receipt requested to the following:

NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78521

on this the 20th day of December, 1996.

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED Z 703 019 426**

FRANCISCO R. RODRIGUEZ
Pro Se