UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JAN 0 7 1997
Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED
JAN 0 2 1997
Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION No. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| ET AL | | |

CAME on for consideration of the Court, the second application of Francisco R. Rodriguez, Plaintiff herein, for an extension of time within which to file its answer or otherwise plead to federal defendant's second motion to dismiss, or in the alternative, motion for summary judgment to plaintiff's third amendment to original petition and pleadings. It appearing to the Court that the application should be granted, it is therefore

ORDERED that the plaintiff be GRANTED an extension of fifteen (15) days in which to file its answer or otherwise plead to federal defendant's second motion to dismiss, or in the alternative, motion for summary judgment to plaintiff's third amendment to original petition and pleadings.

THEREFORE, IT IS ORDERED that the Plaintiff respond to federal defendant's second motion to dismiss, or in the alternative, motion for summary judgment to plaintiffs' third amendment to original petition and pleadings by JAN 20, 1997. THERE WILL BE NO FURTHER EXTENSIONS

SIGNED on this the 2ND day of JAN, 1997 in Brownsville, Texas.

JOHN W. BLACK
United States Magistrate Judge