49

United States District Court
Southern District of Texas
FILED

JAN 2 4 1997

Michael N. Milov, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

FRANCISCO R RODRIGUEZ     *
            Plaintiff,     *

vs.                     *     CIVIL ACTION No. B-95-150
                    *

UNITED STATES POSTAL SERVICE     *
ET AL                    *
            Defendants.    *

## PLAINTIFF'S RESPONSE TO FEDERAL DEFENDANTS' SECOND MOTION TO DISMISS MEMORANDUM, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT IN RESPONSE TO PLAINTIFF'S THIRD AMENDMENT TO ORIGINAL PETITION AND PLEADINGS.

TO THE HONORABLE JUDGE OF SAID COURT:

      COMES NOW FRANCISCO R. RODRIGUEZ, Plaintiff and files this his Response to Federal Defendants' Second Motion to Dismiss Memorandum, or in the alternative Second Motion to Dismiss (hereinafter "second motion to dismiss memorandum"), or in the Alternative, Motion for Summary Judgment in Response to Plaintiff's Third Amendment to Original Petition and Pleadings (hereinafter "third amendment"), and would show unto the Court as follows:

I.

### Plaintiff's Response to Federal Defendants' Incomplete and Defective Second Motion to Dismiss Memorandum, or in the Alternative, Motion for Summary Judgment in Response to Plaintiff's Third Amendment to Original Petition and Pleadings

      Federal Defendants' Second Motion to Dismiss, or in the Alternative, Motion for

Summary Judgment in Response to Plaintiff's Third Amendment to Original Petition and

Pleadings herein, was received by Plaintiff, defective and not in compliance with the

Local Rules as follows:

1. Plaintiff would show the Court that defendant has failed to correctly identify its most

recent document served on the plaintiff, in violation of the local rules of the Southern

1