UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ     \*
    \*
vs.     \*    CIVIL ACTION Nº. B-95-150
    \*
U.S. POSTAL SERVICE, ET AL     \*

## UNITED STATES' OPPOSED MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, on behalf of the federal defendants herein, by and through Gaynelle Griffin Jones, United States Attorney for the Southern District of Texas, respectfully moves this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a protective order directing that discovery propounded by the plaintiff not be had, and alternatively, that discovery propounded by plaintiff be stayed pending a decision on defendants' motions to dismiss, or in the alternative motion for summary judgment.

This motion for protective order is addressed to Interrogatories and Request for Production and Inspection and Request for Admissions to one of the named federal defendants, Gilbert Galvan, served on federal defendants' counsel, Assistant United States Attorney Nancy L. Masso on March 14, 1997. The grounds for the motion are that discovery should not be had because the defendants' motions to dismiss, or in the alternative motion for summary judgment, which is potentially dispositive of the case, are pending.

This motion does not substitute for nor constitute the defendants' answers, objections or other responses to plaintiff's specific discovery requests and all such specific responses are preserved.

## STATEMENT OF CONSULTATION

On March 21, 1997, Melva I. Tamez, paralegal to federal defendants' counsel, Assistant United States Attorney Nancy L. Masso, telephonically contacted pro se plaintiff, Francisco Rodriguez. Mr. Rodriguez advised Ms. Tamez that he was opposed to the filing of motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that this Honorable Court enter a protective order directing that discovery propounded by the plaintiff not be had, and alternatively, that discovery propounded by plaintiff be stayed pending a decision on defendants' motions to dismiss, or in the alternative motion for summary judgment.

Respectfully submitted,

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522
(210) 548-2554
State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States' Opposed Motion for Protective Order was mailed to Francisco R. Rodriguez, Pro Se, 719 Citrus Terrace, Harlingen, TX 78550 on this the 21st day of March, 1997.

NANCY L. MASSO
Assistant United States Attorney