UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR 02 1997
Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED
MAR 26 1997
Michael N. Milby, Clerk

54

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION Nº. B-95-150 |
| | * | |
| U.S. POSTAL SERVICE, ET AL | * | |

## ORDER GRANTING PROTECTIVE ORDER

CAME on for consideration the United States' Opposed Motion for Protective Order in the referenced lawsuit. Having considered the United States' motion, the Court finds that it should be **GRANTED.**

THEREFORE IT IS ORDERED, that all discovery sought against the federal defendants be stayed until further order of the Court.

Signed on this the 26TH day of MARCH, 1997 in Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE

3