55

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

United States District Court
Southern District of Texas
FILED

APR 1 6 1997

Michael N. Milby, Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-95-150 |
| § | |
| UNITED STATES POSTAL SERVICE, § | |
| ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 13, 1997 AT 10:30 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 16, 1997

TO:   MR. FRANCISCO R. RODRIGUEZ
      MS. NANCY L. MASSO