UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District C...
FILED

APR 17 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | * | |
| | * | |
| vs. . | * | CIVIL ACTION No. B-95-150 |
| | * | |
| U.S. POSTAL SERVICE, ET AL | * | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER; MOTION TO SET ASIDE PROTECTIVE ORDER AND REQUEST FOR HEARING

TO THE HONORABLE MAGISTRATE JUDGE, JOHN W. BLACK:

COMES NOW FRANCISCO R. RODRIGUEZ, Plaintiff in the above referenced Cause, and for Plaintiff's Response to Defendants' Motion for Protective Order, Motion to set aside Protective Order and Request Hearing, and in support would show the Court as follows:

1. Defendants' motion for Protective Order was not timely served on Plaintiff, in that on March 21, 1997, Melva I. Tamez, paralegal to Defendants' counsel, Assistant United States Attorney Nancy L. Masso, telephonically contacted Plaintiff and advised him that counsel Masso wished to file a motion for a "Protective Order" without further elaborating. Because Plaintiff was not fully informed and had no idea what the protective order was about, Plaintiff thereafter, informed paralegal Tamez that he would have to study the motion and could not respond immediately until he was made aware of the contents of said motion. She then stated that it was in reference to the discovery initiated and served on federal Defendants' counsel Masso, by Plaintiff on one of the Defendant's, Gilbert G. Galvan, to which Plaintiff opposed.

2. Plaintiff would bring to the attention of the Court of the March 26, 1997 postmark of Defendants' counsel mailing of motion for Protective Order served on Plaintiff (See Plaintiffs' Exhibit "PP"), and granted by the Court on March 26, 1997, (See Plaintiffs' Exhibit "QQ").

3. Plaintiff would further cite previous, and because they are defendants, Defendant's U. S. Postal Service, et al, mail irregularities and improprieties, to which Plaintiff has repeatedly complained about and requested by reference other alternatives to communicate with Plaintiff.

4. <u>PROTECTIVE ORDER TO BE SET ASIDE</u>. Because of the untimeliness of the service of the protective order, Plaintiff requests that the order be set aside and made of no effect.

5. Because Defendants' counsel, Assistant U.S. Attorney, has been very uncooperative and deceptive in this matter, Plaintiff respectfully requests a date and time be set for a hearing to be held on this case.

WHEREFORE, PREMISES CONSIDERED, FRANCISCO R. RODRIGUEZ, Plaintiff, prays for relief per the above pleading and for any other and further relief to which he may be entitled.

Dated 4/15/97

Respectfully submitted,

*Francisco R. Rodriguez*
FRANCISCO R. RODRIGUEZ
Pro Se
719 Citrus Terrace
Harlingen, Texas 78550
(210) 423-8632

## CERTIFICATE OF CONSULTATION

I certify that on the __14TH__ day of April, 1997, I conferred with Defendant attorney's office, regarding the above response, with there being no result other than a discussion of the positions of the parties and no agreement as to extending or further responding.

_____
FRANCISCO R. RODRIGUEZ
Pro Se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion to set Aside Protective Order and Request for Hearing was delivered by certified mail on the __15TH__ day of April, 1997, the following:

Nancy L. Masso
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522

_____
FRANCISCO R. RODRIGUEZ
Pro Se

**CERTIFIED MAIL-RETURN RECEIPT
REQUESTED Z 703 019 416**