UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

JUN 1 1 1997

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, ) | |
| Plaintiff ) | |
| ) | Cause No. B-95-150 |
| VS. ) | Civil |
| ) | |
| UNITED STATES POSTAL SERVICE-ET AL, ) | |
| Defendants ) | |

<u>PLAINTIFF'S MOTION FOR DAVID E. FAST TO APPEAR AS ATTORNEY-IN-CHARGE FOR PLAINTIFF, FRANCISCO R. RODRIGUEZ</u>

TO THE HONORABLE MAGISTRATE JUDGE JOHN W. BLACK:

COMES NOW FRANCISCO R. RODRIGUEZ, plaintiff in the above referenced cause and files his Motion under the provisions of the Local Rules for David E. Fast to make his appearance before this Court as attorney-in-charge for Plaintiff, Francisco R. Rodriguez, and shows as follows:

1. Movant's attorney, David E. Fast, is admitted to practice before this Court, and he is admitted to practice before the Supreme Court of Texas and all inferior courts. David E. Fast, State Bar No. 06850500, maintains his professional offices at 12950 Leopard St., Suite 103, Corpus Christi, Texas 78410; telephone number (512)241-4495 and telecopier number (512)241-1143.

2. David E. Fast, has reviewed the Local Rules and, if this Motion is granted and he is given leave to appear as attorney-in-charge for Plaintiff, Francisco R. Rodriguez, Movement will abide by the Local Rules of the United States District Court for the Southern District of Texas in his representation of that Plaintiff.

3. Movant has conferred with counsel for the other

-1-

parties to this action and there should be no opposition to this Motion.

PREMISES CONSIDERED, Francisco R. Rodriguez, prays that David E. Fast be granted leave to appear as attorney-in-charge for Plaintiff, Francisco R. Rodriguez, in this case under the provisions of the Local Rules, and grant any other/further relief to which the Plaintiff may be entitled.

Respectfully submitted,

*David Fast*
DAVID E. FAST
TBN. 06850500, S.D. #2129
12950 Leopard St.
Corpus Christi, TX 78410
512/241-4495
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Motion to Appear was this day delivered to the opposing party's attorney of record, by FAX, or by hand delivery or certified mail, return receipt requested, by depositing same in a depository of the U. S. Postal Service in a wrapper properly addressed, postage prepaid, to the said attorney on the 11 day of June, 1997.

*David Fast*
DAVID E. FAST

-2-