Case 1:95-cv-00150  Document 58  Filed in TXSD on 06/11/1997  Page 1 of 2

U.S.and States District Court
Southern District of Texas
FILED

JUN 1 1 1997

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ,      )
            Plaintiff        )
                             )    Cause No. B-95-150
VS.                          )    Civil
                             )
UNITED STATES POSTAL SERVICE-ET AL.,)
            Defendants)

## PLAINTIFF'S MOTION FOR MEDIATION

TO THE HONORABLE MAGISTRATE JUDGE JOHN W. BLACK:

COMES NOW FRANCISCO R. RODRIGUEZ, plaintiff in the above referenced cause and files his Motion to refer the case to mediation, and in support therefor would respectfully show the court as follows.

1.  The Plaintiff is requesting the Court to order the parties to participate in a good faith, non-binding mediation.  Movant requests that the mediation be a mandatory, but non-binding, settlement conference where the parties will attempt to resolve their differences with the assistance of a third party facilitator, the Mediator.

2.  The Movant requests the mediation be conducted at such a time and place as the parties shall mutually agree, and the scheduling of the mediation not interfere with the normal scheduling of the remaining case docket.

### PRAYER FOR RELIEF

PREMISES CONSIDERED, Francisco R. Rodriguez, prays that the Court order the parties to participate in a good faith, non-binding mediation, and grant any other/further relief to which the Plaintiff may be entitled.

-1-

Respectfully submitted,

_David Fast_

DAVID E. FAST
TBN.  06850500, S.D. #2129
12950 Leopard St.
Corpus Christi, TX 78410
512/241-4495
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Motion for Mediation was this day delivered to the opposing party's attorney of record, by FAX, or by hand delivery or certified mail, return receipt requested, by depositing same in a depository of the U. S. Postal Service in a wrapper properly addressed, postage prepaid, to the said attorney on the ____ day of June, 1997.

_David Fast_

DAVID E. FAST