

60

United States District Court
Southern District of Texas
FILED

JUN 13 1997

Michael N. Milby, Clerk

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-95-150 | DATE & TIME: 06-13-97 AT 10:30 A.M. |
| FRANCISCO R. RODRIGUEZ, EMMA MENDEZ RODRIGUEZ | PLAINTIFF(S) PRO SE. COUNSEL |
| VS. | |
| UNITED STATES POSTAL SERVICE, ET AL. | DEFENDANT(S) NANCY L. MASSO COUNSEL |

-----

Mr. Galindo appeared solely and exclusively for the purposes of this hearing for Plaintiffs. Ms. Nancy Masso appeared for the Government. Lucia Gomez was the ERO.

The Government advised the Court that Plaintiffs were still pursuing administrative remedies on his back pay issue. The U.S. Attorney will advise the Court when that issue has been resolved. The Court will reset the hearing after the administrative matters have been resolved.

Mr. Fast will be entered as the attorney of record for Plaintiffs.