1  6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

United States District Court
Southern District of Texas
FILED

MAY 19 1998

Michael N. Milby, Clerk of Court

FRANCISCO R. RODRIGUEZ §
§
VS. § CIVIL ACTION NO. B-95-150
§
UNITED STATES POSTAL SERVICE, §
ET AL. §

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 29, 1998 AT 10:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 19, 1998

TO:   MR. FRANCISCO R. RODRIGUEZ
      MS. NANCY L. MASSO