THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 2 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-95-150 | DATE & TIME: 06-02-98 AT 10:00 A.M. |
| FRANCISCO R. RODRIGUEZ, EMMA MENDEZ RODRIGUEZ | PLAINTIFF(S) PRO SE. COUNSEL DAVID FAST-ATTORNEY |
| VS. | |
| UNITED STATES POSTAL SERVICE, ET AL. | DEFENDANT(S) NANCY L. MASSO COUNSEL AUSA |

---

PLAINTIFF APPEARS WITH ATTORNEY DAVID FAST FOR A STATUS CONFERENCE.
NANCY L. MASSO APPEARS ON BEHALF OF THE U.S. GOVERNMNET.
ATTORNEY FAST FILES PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT.
GOVERNMENT TO RESPOND BY JUNE 22, 1998.

ATTORNEY FAST IS TO REPLY TO DEFT'S MOTION TO DISMISS BY JUNE 15, 1998.
MOTION TO APPEAR AS COUNSEL IS GRANTED.
MOTION FOR JURY TRIAL IS GRANTED.
PENDING MOTIONS: MEDIATION, PROTECTIVE ORDER, SUMMARY JUDGMENT AND DISMISSAL ARE STILL PENDING. RESPONSES ARE DUE BY JUNE 22, 1998.
GOVERNMENT'S NOTICE OF PARTIAL WITHDRAWAL DISMISSAL ARGUMENT FILED. (REF: MOTION TO DISMISS)