```
                                              United States District Court
                                               Southern District of Texas
                                                       FILED
        UNITED STATES DISTRICT COURT            JUN 03 1998
         SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE DIVISION              Michael N. Milby, Clerk of Court
```

FRANCISCO R. RODRIGUEZ,     *
    Plaintiff,     *
vs.     *    CIVIL ACTION №. B-95-150
    *
UNITED STATES POSTAL SERVICE,     *
ET AL     *

## DEFENDANTS' NOTICE OF PARTIAL WITHDRAWAL DISMISSAL ARGUMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the federal defendants herein, by and through James H. DeAtley, United States Attorney for the Southern District of Texas, files this notice withdrawing one of the arguments raised in their motion to dismiss filed with this Court on February 20, 1996.

Specifically, the United States withdraws the argument discussed at section 4 at page 10 of its supporting memorandum. This section was titled "The Fourth Administrative Claim was Filed Late in District Court." The United States argued that plaintiff's claim regarding Agency Case No. 3-U-1376-92 (concerning plaintiff's April 1992 termination and subsequent reinstatement with back pay) was time barred because he did not file this civil complaint within 90 days of his receipt of the final administrative decision. 42 U.S.C. 2000e-16(c).

However, recently learned subsequent events deprive the Defendants of asserting this argument. It appears that the "final agency decision" that was originally believed to have been delivered to plaintiff December 28, 1992, was not received by the plaintiff. Specifically, EEOC records show that the plaintiff wrote the EEOC on January 11, 1995, inquiring about the status of his appeal stating that he had no knowledge of its status. By letter dated February 14, 1995 the EEOC sent plaintiff a copy of its decision

further indicating that it had previously been sent to and received by the plaintiff on December 28, 1992.

On March 13, 1995, plaintiff asked the EEOC to reconsider its decision of December 1992. In this request, plaintiff indicated that the envelope that he signed for from the EEOC on December 28, 1992, actually contained a decision that was wholly unrelated to his case.[1] The United States Postal Service did not contest the timeliness of plaintiff's request for reconsideration. Therefore, the EEOC determined that plaintiff's March 13, 1995 request for reconsideration was timely filed.

This lawsuit was filed on September 9, 1995, the one hundred, eightieth day after he filed his March 13, 1995, request for reconsideration. Therefore, this suit, with regard to this issue, was timely filed in accordance with 42 U.S.C. 2000e-16(c) and 29 C.F.R. 1614.408(d).

Respectfully submitted,

JAMES H. DeATLEY
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78521
(956) 548-2554
State Bar No. 00800490

---

[1] Plaintiff also provided the EEOC a copy of the erroneously mailed decision.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' NOTICE OF PARTIAL WITHDRAWAL DISMISSAL ARGUMENT was mailed via certified mail, return-receipt requested to plaintiff's attorney at the address indicated below:

Mr. David E. Fast
Attorney at Law
12950 Leopard St.
Corpus Christi, Texas 78410

on this the 3rd day of June, 1998.

NANCY L. MASSO
Assistant United States Attorney