IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 05 1998

Michael N. Milby
Clerk of Court

| FRANCI... R. RODRIGUEZ | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED ...ATES POSTAL SERVICE, | § | |
| ET AL. | § | |

CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
| --- | --- | --- |
| (Na... L. Masso) | Defendants | 6-2-98 |
| (... 'IO E. FAST) | Plaintiff - F. Rodriguez | 6/2/98 |

ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

6- -98
Date

Hilda G. Tagle
United States District Judge

NOTE:   ...ETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED <u>ON THIS</u>
FORM ... THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

64