UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 15 1998

Michael N. Milby
Clerk of Court

FRANCISCO R. RODRIGUEZ,    )
   Plaintiff   )
          )  Cause No. B-95-150
VS.        )  Civil
          )
UNITED STATES POSTAL SERVICE-ET AL,)
   Defendants)

Loose in file

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR DISMISSAL
AND SUMMARY JUDGMENT, ESPECIALLY PROCEDURAL MATTERS**

TO THE HONORABLE MAGISTRATE BLACK:

  COMES NOW, FRANCISCO R. RODRIGUEZ, plaintiff in the above numbered and entitled cause, and for his added response to defendants' motions for dismissal and summary judgment, especially the procedural complaints, and in support therefor would respectfully show the Court as follows:

  1. Plaintiff would show the Court that he has already responded to defendants' motions for dismissal and for summary judgment (partial summary judgment in the alternative) by his pleadings showing genuine issues of material fact, and noting Documents Nos. #49, #50 and #51 in the Court's file, which are incorporated by reference the same as if fully copied and set forth at length herein. Plaintiff also points out that his motion for partial summary judgment, filed on June 1, 1998, also contains many points relevant to defendants' procedural bars, and he incorporates same with exhibits, by reference the same as if fully copied and set forth at length.

  2. Under the Federal Tort Claims Act, 28 U.S.C. Sec. 2671 et seq. as amended, Federal Courts have exclusive jurisdiction over claims against the United States for torts com-

-1-