6.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, ) | |
| Plaintiff ) | |
| ) | Cause No. B-95-150 |
| VS. ) | Civil |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| Et. Al., Defendants) | |

Loose in file

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTIONS FOR DISMISSAL AND SUMMARY JUDGMENT, ESPECIALLY PROCEDURAL AND CRIMINAL MATTERS

TO THE HONORABLE MAGISTRATE JUDGE BLACK:

COMES NOW, FRANCISCO R. Rodriguez, plaintiff in the above-numbered and entitled cause, and for his added supplemental response to defendants' motions for dismissal and summary judgment, especially procedural and criminal complaints, and in support therefor would show the Court as follows:

1. Plaintiff would show the Court that his responses to defendants' motions for dismissal and for summary judgment (partial summary judgment in the alternative) by his pleadings showing genuine issues of material fact, and noting Document Nos. #11, #12. #13, #16, #20, in the Court's file, which are incorporated by reference the same as if fully copied and set forth at length herein. Plaintiff would further point out that his motion for partial summary judgment, filed June 1, 1998, also contains many points relevant to defendants' alleged procedural bars and his response to defendants' requested dismissal on the alleged criminality.

2. Plaintiff would show that defendant Martinez was sent back to the Weslaco post office in 1974 as a result of plain-