71

United States District Court
Southern District of Texas
FILED

FEB 1 0 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-95-150          DATE & TIME: 02-10-99 AT 10:00 A.M.

FRANCISCO R. RODRIGUEZ              PLAINTIFF(S) DAVID E. FAST
EMMA MENDEZ RODRIGUEZ,              COUNSEL

VS.

UNITED STATES POSTAL                DEFENDANT(S)
SERVICE, ET AL.,                    COUNSEL: NANCY MASSO

---

Show Cause hearing for Sua Sponte Sanctions against the government held today.

Mr. David E. Fast appeared with Plaintiff Mr. Francisco Rodriguez.
Ms. Nancy Masso and Janet Craig appeared for the Defendants. Also present were Rebecca Brown and Mr. McClarin.

Judge asked why Government attached EEO complaint for Luis Rodriguez instead of Francisco Rodriguez to their Motion to Dismiss. Government argues it was human error and oversight. Ms. Masso then explained how these documents were acquired and indicated that Postal Office attorney originally on this matter was now retired and in London, England.

Discussed what claims were left to be resolved. Government argues that EEO complaint 3-U-1376-92, back pay calculation, is the only claim left to be resolved because the court has no jurisdiction over the other claims. Mr. Fast argues that the back pay claim is only a minute part of the issue. He argues that lumped into that back pay issue is a claim for overtime wrongly denied to Plaintiff from 1989 to 1992.

Judge ordered Government to Draft another Motion to Dismiss and to keep it short. Motion due on February 22, 1999. Plaintiff to respond by March 5, 1999 and is ordered to keep response to no more than 5 pages.