*Blk*

*72*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Cause No. B-95-150 |
| | ) | Civil |
| | ) | |
| UNITED STATES POSTAL SERVICE | ) | |
| ET AL. | ) | |
| Defendants. | ) | |

*Loose
in file*

## PLAINTIFF RE-URGES HIS RESPONSE TO DFENDANTS' MOTIONS FOR DISMISSAL AND SUMMARY JUDGMENT, AND PLAINTIFF'S SUPPLEMENTAL REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT, ESPECIALLY PROCEDURAL AND CRIMINAL MATTERS

TO THE HONORABLE MAGISTRATE JUDGE JOHN W. BLACK OF SAID COURT:

COMES NOW FRANCISCO R. RODRIGUEZ, plaintiff in the above referenced cause and re-urges his response to the UNITED STATES POSTAL SERVICE, ET AL., defendants, to motions for dismissal and for summary judgment, and his supplemental reply to defendants' response to motions for partial summary judgment in the alternative, in his pleadings by showing genuine issues of material fact, and in support therefor, would respectfully show the Court as follows:

NOTICE:  Plaintiff is using many of the exhibits that have been previously submitted with prior pleadings, most notably, "Plaintiff's Motion for Partial Summary Judgment (FRCP Rule 56)" and "Plaintiff's Supplemental Response to Defendants' Motions for Dismissal and Summary Judgment, Especially Procedural and Criminal Matters" which are incorporated by reference the same as if fully copied and set forth at length herein, and with those exhibits and exhibits referred to herein, being combined in

1