UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ,<br>    Plaintiff,<br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br>ET AL | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION Nº. B-95-150 |

### DEFENDANTS' STATUS REPORT
### REGARDING MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with this Court's directive and Order dated May, 14, 1999, the Defendants submit to the Court that--while the parties have discussed potential mediators for this action--no agreement has yet been reached.

Respectfully Submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
United States Attorney's Office
Federal Courthouse
600 East Harrison Street
P.O. Box 1671
Brownsville, Texas 78522
Tel:  (956) 548-2554
Fax:  (956) 548-2549
Texas Bar No. 00800490

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendants' Status Report Regarding Mediation was mailed via certified mail, return-receipt requested to the following:

David Fast
Attorney at Law
12950 Leopard Street
Corpus Christi, TX 78410

on this the 21st day of June, 1998.

NANCY L. MASSO