IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO RODRIGUEZ　　　　　*
　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　*　　CIVIL ACTION No. B-95-150
　　　　　　　　　　　　　　　　*
UNITED STATES POSTAL SERVICE　*

United States District Court
Southern District of Texas
FILED
JUL 01 1999
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUL 12 1999
Michael N. Milby, Clerk

### ORDER OF REFERRAL OF CASE TO MEDIATION

　　　The Court, having reviewed the pleadings on file in the above-entitled and numbered cause and the nature of proceedings therein, has determined that this case is appropriate for a form of alternative dispute resolution known as mediation. The Court has also become aware that the parties have not yet mediated this case, and also that the parties are unable to agree on a mediator.

　　　Accordingly, IT IS ORDERED that the parties herein shall contact the Honorable James De Anda at SOLAR & FERNANDES, L.L.P.,. Attorneys at Law, (713) 850-1212 and schedule a mediation within forty-five (45) days of receipt of this order.

　　　IT IS FURTHER ORDERED that the defendant shall pay the fees of the mediator. A copy of this order shall be forwarded to the Honorable James De Anda.

　　　IT IS FURTHER ORDERED, following the mediation, the Court will be advised only that the case did or did not settle. No other information will be transmitted to the Court by the mediation organization or any other party.

　　　IT IS FURTHER ORDERED, the representative plaintiff and his attorney of record shall be present during the entire mediation process with authority to negotiate a settlement. Corporate and/or Government representatives of each of the defendants and defendant's attorneys of record as well as a representative of any insurance company which may maintain insurance coverage for these claims, shall be present during the entire mediation process with authority to negotiate a settlement. Counsel and parties shall proceed in good faith effort to try to resolve these cases.

　　　SIGNED on this the __1__ day of __JULY__, 1999 in Brownsville, Texas.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN WM. BLACK
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

81