UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ ) | |
| Plaintiff ) | |
| ) | Cause No. B-95-150 |
| ) | Civil |
| VS. ) | |
| ) | |
| UNITED STATES POSTAL SERRVICE – ET AL, ) | |
| Defendants. ) | |

Loose in file

### PLAINTIFF'S ADDED MEMORANDUM/BRIEF AND ADDED RESPONSES TO (1) DEFENDANTS' AMENDED MOTION TO DISMISS & ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT; AND (2) DEFENDANTS' MOTION TO DISMISS COMMON LAW TORT CLAIMS

TO THE HONORABLE U.S. MAGISTRATE JUDGE BLACK:

COMES NOW, FRANCISCO R. RODRIGUEZ, Plaintiff in the above numbered and entitled cause and for his added responses and brief on defendants' motions to dismiss and for summary judgment, and in support would respectfully show the Court as follows:

### I - ADDITIONAL RESPONSES & BRIEF.

A. - Additional Responses.

Plaintiff would point out to the Court that the defendants filed two pleadings, one timely and the other not timely, and he believes he is entitled to file an additional pleading containing responses to both, timely or otherwise.

Plaintiff notes that defendants have continued to fail to respond to many of his complaints and claims, showing the Court that he has contested every contention by defendants, but defendants have omitted and ignored major issues of material fact, which may be consistent with the misconduct of USPS defendants, and their long morose

1