UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 16 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ )<br>  Plaintiff )<br>  )<br>  )<br>VS. )<br>  )<br>UNITED STATES POSTAL SERVICE - )<br>ET AL, )<br>  Defendants. ) | Cause No. B-95-150<br>Civil |

**PLAINTIFF'S ADDED SUPPLEMENTAL MEMORANDUM/BRIEF AND ADDED FACTUAL PATTERN OF WRONGFUL DISCHARGE SUMMARY, AND (1) DEFENDANTS' CONTINUOUS NEGLECT TO AMENDED MOTION TO DISMISS & ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT; (2) DEFENDANTS' MOTIONS TO DISMISS COMMON LAW TORT CLAIMS; AND (3) DEFENDANTS' UNWILLINGNESS TO MEDIATE**

TO THE HONORABLE U.S.MAGISTRATE JUDGE BLACK:

COMES NOW, FRANCISCO R. RODRIGUEZ, Plaintiff in the above numbered and entitled cause and for his added supplemental responses and brief on defendants' continuous neglect to motions to dismiss and for partial summary judgment, and in support would respectfully show the Court as follows:

**I – ADDITIONAL SUPPLEMENTAL RESPONSES & BRIEF.**

<u>A. – Additional Responses</u>.

Plaintiff re-urges and reasserts his tortuous and egregious retaliatory conduct by the defendants, causing plaintiff's irreparable health damage and destroyed his plans of many years in real estate investments for future retirement income and life insurance protection that has denied and deprived plaintiff and family of the enjoyment of the quality of life. Plaintiff would point out to the Court document examples of gender/sex harassment and intimidation instigated by defendant Martinez early-on and more fully particularized herein. Plaintiff further points out that he complained to

1