84

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

OCT 21 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO RODRIGUEZ | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-95-150 |
| | * | |
| U. S. POSTAL SERVICE, ET AL | * | |

## NOTICE OF SUBMISSION OF OFFICIAL PERSONNEL FILES FOR IN CAMERA INSPECTION

TO THE HONORABLE JUDGE OF SAID COURT:

Today, the undersigned submitted to the Court seven original Official Personnel Files, UNDER SEAL, for in camera inspection for the following individuals:

1. Louis Bazaldua;
2. Arturo J. Cortez;
3. Felix Figueroa;
4. Gilberto G. Galvan;
5. Mary Martinez;
6. Roberto Pantoja;
7. Eddie M. Perez; and,
8. George L. Lopez.

The parties herein have agreed to submit these files to the Court for in camera review to determine whether they contain information relevant to the allegations at issue. If the Court does find that that any of the files, or portions thereof, are discoverable, the Defendants herein ask that the Court issue an order directing that same be released and that the Defendants not be held liable under Privacy Act provisions.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., #201
Brownsville, Texas 78520
(956) 548-2554/(956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Submission Official Personnel Files for <u>In Camera</u> Inspection was mailed to David Fast, Attorney at Law, 13122 I.H. 37, Suite 103, Corpus Christi, TX 78410 via certified mail, return-receipt on this the <u>21st</u> day of <u>OCTOBER</u>, 1999.

NANCY L. MASSO
Assistant United States Attorney

Case 1:95-cv-00150   Document 84   Filed in TXSD on 10/21/1999   Page 2 of 2

ClibPDF - www.fastio.com