*86*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |

## ORDER

On October 21, 1999, the Defendant U. S. Postal Service submitted the Personnel Files of seven individuals to the court for in camera inspection.  The court finds that these files contain no information relevant to any issue in this case.

The Clerk is directed to return the sealed envelopes submitted by the U. S. Postal Service to the United States Attorney.

DONE at Brownsville, Texas, this 17th day of December, 1999.

John Wm. Black
United States Magistrate Judge