UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO RODRIGUEZ | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-95-150 |
| | * | |
| U. S. POSTAL SERVICE, ET AL | * | |

### NOTICE OF SUBMISSION OF OFFICIAL PERSONNEL FILES FOR IN CAMERA INSPECTION

TO THE HONORABLE JUDGE OF SAID COURT:

Today, the undersigned submitted to the Court one original Official Personnel File (Manuel D. Hernandez) for in camera inspection.

The parties herein had agreed to submit these files to the Court to determine whether they contain information relevant to the allegations at issue herein.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., #201
Brownsville, Texas 78520
(956) 548-2554/(956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Submission Official Personnel Files for In Camera Inspection was mailed to David Fast, Attorney at Law, 10100, Corpus Christi, TX 78401 via certified mail, return-receipt on this the 11th day of JANUARY, 2000.

NANCY L. MASSO
Assistant United States Attorney