88

United States District Court
Southern District of Texas
FILED

JAN 18 2000

Michael N. Milby
Clerk of Court

```
    [docket  ]                         Civil                    [vdkttext]
    4. Queries                         Docketing


    Docket #    : 1:95-cv-150                  MEDIAT
    Short Title: Rodriguez           v. United States Postal
    Type: cv     -    Judge: Black              Magistrate:
    ---------------------------------------------------------------------

    ---------------------------------------------------------------------
              Summary of Event that Created the Document

    Filed        Entry Date   Last Update      History ID     Docketed by
    12/17/99     12/17/99     **/**/**         2417002        og
       +---------------------------------------------------------------+
        court finds that these filed contain no information relevant
        to any issue in this case. The Clerk is directed to return
        the sealed envelopes submitted by the US Postal Service to
        the US Atty. Parties notified. ( signed by Magistrate Judge
        John W. Black )
       +viewing docket text--------------------------------------------+
    Transaction: o - -/ -/ - - -

    Command mode (? for commands)
    _____
                   1 Sess-1     156.124.41.20                  1 20/6
```

Returned as of this date of 1-13-00 — 3 Envelope to the U.S. atty's office —

Received By: _Melissa Krpf_