89

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
FEB 09 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-95-150 |
| UNITED STATES POSTAL SERVICE | § § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment (Docket No. 69). After considering the pleadings and the applicable case law, the Court is of the opinion that said motion be **DENIED.**

DONE at Brownsville, Texas this 8th day of February, 2000.

John Wm. Black
United States Magistrate Judge