United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE | § | |
| ET AL., | § | |
|     Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Common Law Tort Allegations (Docket No. 76). After considering the pleadings and the applicable case law, the Court is of the opinion that said motion be GRANTED.

DONE at Brownsville, Texas on this  8th  day of February, 2000.

                                                                                         John Wm. Black
                                                                     United States Magistrate Judge