91

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 09 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-95-150 |
| § | |
| UNITED STATES POSTAL SERVICE § | |
| ET AL., § | |
| Defendant. § | |

## ORDER

Pending before the Court is Defendant's Amended Motion to Dismiss and Alternative Motion for Partial Summary Judgment. (Docket Nos. 73 & 74 respectively). After considering the pleadings and the applicable case law, the Court is of the opinion that said motion be DENIED in part and GRANTED in part.

It is therefore ORDERED that the following claims be DISMISSED:

1. All claims against the individual defendants, except the Postmaster General.

2. The claim brought under 18 U.S.C. § 1709 (criminal code dealing with theft of mail by postal employees.)

3. The claims of Emotional Distress and Anxiety.

4. The claim of Defamation.

5. The claim of Interference with Protected Property Interest.

5. The claim brought under § 1983.

6. All of the constitutional tort claims.

It is further ORDERED that the following causes of actions still remain in this case:

1. Employment Discrimination cause of action under Title VII and the AEDA.

2. Breach of Contract claim.


DONE at Brownsville, Texas on this \_\_\_8th\_\_\_ day of February, 2000.

                                      John Wm. Black
                              United States Magistrate Judge