# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

*United States District Court*
*Southern District of Texas*
**ENTERED**
AUG 1 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-95-150 |
| UNITED STATES POSTAL SERVICE, ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 7, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  AUGUST 11, 2000

TO:    MR. DAVID FAST
       MS. NANCY L. MASSO
       MR. FRANCISCO RODRIGUEZ/MS. EMMA RODRIGUEZ