UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION Nº. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, ET AL | * | |

## DEFENDANTS' MOTION FOR CONTINUANCE OF STATUS HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

The Federal defendants herein move for a continuance of the status hearing scheduled for September 7, 2000. Due to a family emergency, counsel for the government will be unable to attend the hearing on September 7, 2000.

### STATEMENT CERTIFYING ATTEMPTED CONFERENCE

On September 5, 2000, the undersigned attempted to contact Plaintiff's attorney David Fast. Mr. Fast was not available and a voice mail message was left.

WHEREFORE, PREMISES CONSIDERED, Defendants pray this Court continue the status hearing for a period of two weeks.

Respectfully Submitted,

MERVYN MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant U. S. Attorney
600 East Harrison St., No. 201
Brownsville, Texas 78521
Tel: (956) 548-2554
Fax: (956) 548-2549
Texas Bar No. 00800490
Federal I.D. No. 10263

## Certificate of Service

On September 5, 2000, a copy of Defendants' Motion for Continuance of Status Hearing was mailed to attorney David Fast via certified mail, return receipt requested at the address indicated below:

                            David Fast
                          Attorney at Law
                  13122 I.H. 37, Suite 103
                  Corpus Christi, Texas 78410.

_9/5/00_
Date

                          Nancy L. Masso
                        Assistant U. S. Attorney