94

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION Nº. B-95-150 |
| | * | |
| UNITED STATES POSTAL | * | |
| SERVICE, ET AL | * | |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE

On September 5, 2000, Defendants asked that this Court continue the September 7, 2000, status conference scheduled in this case due to government counsel's need to attend to a family emergency. Having considered the motion, the Court is of the opinion that it should be GRANTED.

THEREFORE, IT IS ORDERED, that the September 7, 2000, status conference be continued until _SEPTEMBER 19_, 2000, at _1:30_ a.m./p.m.

Signed this _5_ Day of September, 2000.

_____
JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE

3