96

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 1 9 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-95-150__     DATE & TIME: ____09-19-00 AT 1:30 P.M.____

__FRANCISCO R. RODRIGUEZ,__         PLAINTIFF(S)    ____DAVID FAST____
__EMMA MENDEZ RODRIGUEZ__           COUNSEL

VS.

__UNITED STATES POSTAL__            DEFENDANT(S)____NANCY L. MASSO____
__SERVICE, ET AL.__                 COUNSEL

---

ERO: Gabriel Mendieta
CSO: Dan Figueroa
Courtroom Deputy: Paula Tamayo

Attorneys David Fast and Nancy Masso appeared to a status conference.

Deposition of Francisco Rodriguez to be held before October 13, 2000.

Mediation to be held after deposition.

Court will send scheduling order.

Court orders Plaintiffs' counsel to request leave before filing anything else with the clerk's office. Counsel for Plaintiff is further ordered to sign documents instead of Plaintiff.