97

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 0 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| EMMA MENDEZ RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |

## ORDER

On this day came on to be considered the **scheduling conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **February 16, 2001.** If additional time is required, a motion requesting such extension must be filed no later than **February 2, 2001.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 16, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **March 16, 2001 at 1:30 P.M.**

(5) Final Pretrial is set for **April 5, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **April 6, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **April 23, 2001 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 19th day of September, 2000.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com