98

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**OCT 2 3 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

**UNITED STATES' MOTION TO ADMIT COUNSEL PRO HAC VICE**

COMES NOW Defendant, Postmaster General William J. Henderson and United

States Postal Service, by and through Mervyn M. Mosbacker, United States Attorney for the

Southern District of Texas, and Nancy L. Masso, Assistant United States Attorney, and

respectfully move that Philip W. Eglsaer, United States Postal Service, be admitted to practice

before this Court as trial counsel for the United States in this particular action.

Philip W. Eglsaer certifies:

he is a member in good standing of the Supreme Court of Wisconsin, the Fifth
Circuit Court of Appeals, and the United States District Court for the Western
District of Wisconsin;

he is qualified to practice before this Court;

he is of good moral character;

ClibPDF - www.fastio.com

he has read the Local Rules of this Court, and will comply with the Local Rules.

(Affidavit & proposed Order attached.)

Respectfully submitted,

MERVYN M. MOSEBACKER
United States Attorney

PHILIP W. EGLSAER
Attorney
Wisconsin State Bar No. 1015442
United States Postal Service
225 North Humphreys Boulevard
Memphis, TN  38166-0170
Telephone:   901-747-7351
FAX:          901-747-7371

NANCY L. MASSO
Asst. United States Attorney
Texas State Bar No. 00800490
Federal I.D. No. 10263
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Telephone: 956-548-2554
FAX:          956-548-2549

# CERTIFICATE OF SERVICE

I hereby certify that a true and foregoing copy of the United States' Motion to Admit Counsel Pro Hac Vice was mailed via Certified Mail, Return-Receipt Requested to David Fast, Attorney at Law, 13122 IH 37, Suite #103, Corpus Christi, TX 78410 on this the _23rd_ day of **OCTOBER**, 2000.

NANCY L. MASSO
Assistant United States Attorney

# CERTIFICATE OF ATTEMPTED CONSULTATION

On October 23, 2000, I attempted to contact plaintiff's attorney, David Fast. Mr. Fast was not available. A message was not left with him because his answering machine was not working (would not receive a message).

NANCY L. MASSO
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * CIVIL ACTION NO. B-95-150 | |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## AFFIDAVIT OF COUNSEL

STATE OF TENNESSEE

COUNTY OF SHELBY

BEFORE ME, the undersigned Notary Public, duly qualified in and for the

aforementioned State and County,

PERSONALLY CAME AND APPEARED: Philip W. Eglsaer, who after being duly

sworn, did depose and say:

He is a member in good standing of the Supreme Court of Wisconsin, the Fifth Circuit Court of Appeals, and the United States District Court for the Western District of Wisconsin;

He is qualified to practice before this court;

He is of good moral character;

He is not subject to any pending disbarment or professional discipline procedure in any other court; and

ClibPDF - www.fastio.com

He has read the Local Rules of the United States District Court for the Southern District of Texas, and will comply with the Local Rules.


_____
PHILIP W. EGLSAER
Attorney


SWORN TO AND SUBSCRIBED, before me, this _2nd_ day of
_October_, 2000.


_Mary A. Pfeffer_____
Notary Public

My Commission Expires:

_July 29, 2003_

2