99

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 3 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. B-95-150 |
| UNITED STATES POSTAL SERVICE, et al., | * |
| Defendants. | * |

### ORDER

Upon the *United States' Motion to Admit Counsel Pro Hac Vice*,

IT IS ORDERED, that Philip W. Eglsaer be admitted to practice before this Court as trial attorney for the United States in this particular action. The United States Attorney's Office will continue to participate in this action as local counsel for the United States.

Brownsville, Texas, this 30TH day of OCT, 2000.

United States ~~District~~ Judge
MAGISTRATE