UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2001

Michael N. Milby
Clerk of Court

FRANCISCO R. RODRIGUEZ, )
       Plaintiff )
          ) Cause No. B-95-150
VS. ) Civil
          )
UNITED STATES POSTAL SERVICE-ET AL, )
       Defendants)

**PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE HIS SUPPLE-
MENTAL BRIEF IN RESPONSE TO BELATED PRODUCTION BY DEFENDANTS**

TO THE HON. MAGISTRATE BLACK OF BROWNSVILLE COURT:

    COMES NOW, FRANCISCO R. RODRIGUEZ, plaintiff in the above numbered and entitled cause, and for motion for leave of the Court to allow him to file his supplemental brief in response to defendants' belated production, and in support therefor, would respectfully show the Court as follows:

    1. Plaintiff filed his original petition in September, 1995, to which defendants filed a number of motions for dismissal and for summary judgment.

    2. Recently defendants, by and through their attorney Phil Eglsaer, produced a number of documents, including six Form 2240's that shed new light on how defendants misused the employment benefits of plaintiff in calculating plaintiff's back pay, as awarded to him in a Step 3 Grievance, shortly before he retired from the Postal Service in October, 1992, that heretofore had not been produced by defendants, in response to plaintiff's motions for discovery.

    3. Plaintiff had filed a previous supplemental brief with the Court, without a motion for leave of the Court, with said brief being returned to him and his attorney, with a re-

-1-

quest that any further briefs should be accompanied with a motion for leave of the Court. This supplemental brief includes many of the exhibits and arguments and authorities contained in that brief, in addition to the response to the PS Form 2240's belatedly provided by defendants, that show the manipulations of plaintiff's employment benefits by defendants to unjustly misapply plaintiff's employment benefits to fund the improperly calculated back pay of plaintiff.

4. This motion for leave of the Court would not prejudice any of the defendants, since it responds to belated discovery information and contains material that was filed with the District clerk's office and with Judge Black, with all parties aware of the allegations contained therein.

5. This motion for leave of the Court is not being made for any purposes of dealy, but in order that the ends and purposes of justice may be well served.

WHEREFORE-PREMISES CONSIDERED, FRANCISCO R. RODRIGUEZ plaintiff, prays the Court grant his motion for leave of the Court to allow him to file his supplemental brief in response to defendants' belated production of critical documents relative to plaintiff's back pay, which also includes material that was submitted to the Court earlier without a motion for leave of the Court, but with plaintiff instructed to file his motion for leave of the Court for any subsequent briefs that may be filed in this cause, and that the Court may grant any other and further relief to which plaintiff may be justly entitled.

Dated: Jan. 29, 2001.

Respectfully submitted,

_David Fast_
DAVID E. FAST
TBA #068450500, S.D. Adm. #2129
11217 Leopard St., #"G"
Corpus Christi, Tx 78410
361/241-4495
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Motion for Leave of the Court to file brief, was delivered to the opposing attorney, by FAX, hand delivery or certified mail, return receipt requested, by depositing same in a depository of the U. S. Postal Service in a wrapper properly addressed, postage prepaid, to the said attorney, on January 29, 2001.

_David Fast_
DAVID E. FAST

## CERTIFICATE OF CONSULTATION

This is to certify that on the 29th day of January, 2001 I consulted by telephone with the office of Nancy Masso, to inquire if the USPS/defendants had opposition to plaintiff's motion for leave of the Court, without obtaining permission or opposition.

_David Fast_
DAVID E. FAST