101

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ,            )
         Plaintiff                 )
                                   )    Cause No. B-95-150
VS.                                )    Civil
                                   )
UNITED STATES POSTAL SERVICE-ET AL,)
         Defendants                )

ORDER

On the 1ST day of FEBRUARY 2001, came on to be heard Plaintiff's Motion for Leave of the Court to file Supplemental (DOCKET NO 100) Brief, and if appears appropriate notice has been given to all interested parties/defendants and after opportunity for a hearing if necessary, or requested;

IT IS THEREFORE HEREBY ORDERED that Debtor's Motion for Leave of the Court to file Supplemental Brief, is granted, and the supplemental brief shall be made a part of the record WHEN FILED.

SIGNED this 1ST day of FEBRUARY, 2001.

_____
JUDGE PRESIDING