UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| Plaintiff | § | |
| | § | Cause No. B-95-150 |
| VS. | § | Civil |
| | § | |
| UNITED STATES POSTAL SERVICE-ET AL | § | |
| Defendants. | § | |

<u>PLAINTIFF'S MOTION TO DISMISS DAVID E. FAST TO APPEAR AS ATTORNEY-IN-CHARGE FOR FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ</u>

TO THE HONORABLE JOHN W. BLACK:

COMES NOW FRANCISCO R. RODRIGUEZ, plaintiff in the above-styled and numbered cause and files his Motion under the provisions of the Local Rules to Dismiss David E. Fast to appear before this Court as Attorney-in-Charge for Plaintiff Francisco R. Rodriguez and Emma M. Rodriguez, and shows the Court as follows:

1. Plaintiff respectfully requests to be granted leave to retain other Counsel to represent him in this case, or in the alternative for Plaintiff to proceed Pro Se;

2. Plaintiff, on February 2, 2001, attempted to confer with counsel for the defendants by telephone but was unable to confer and left telephone message, without any resolution to this Motion.

PREMISES CONSIDERED, Francisco R. Rodriguez, prays that he be granted leave to retain other Counsel to represent him, or in the alternative for him to proceed Pro Se in this case, and grant any other/further relief to which the Plaintiff may be entitled.

Respectfully submitted,

*Francisco R. Rodriguez*
FRANCISCO R. RODRIGEZ
719 Citrus Terrace
Harlingen, TX 78550
Plaintiff
(956) 423-8632
(FAX) 423-8632

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of this above Motion to Dismiss David E. Fast as Attorney-in-Charge to represent Plaintiff in this case was delivered to the opposing party's attorney of record, by Certified Mail-Return Receipt Requested, to the said attorney on the 3RD day of February, 2001.

                                                FRANCISCO R. RODRIGUEZ, Plaintiff

<u>Certified Mail- Return Receipt Requested</u>
<u>No. 7000 0600 0025 9261 5702</u>

## CERTIFICATE OF CONSULTATION

    This is to certify that on the 2ND day of February, 2001 I attempted, and was unable to confer by telephone with counsel for the defendants, regarding his Motion to Dismiss David E. Fast as Attorney-in-Charge to represent plaintiff in this case.

                                                FRANCISCO R. RODRIGUEZ

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above Motion to Dismiss attorney-in-charge, David E. Fast, to represent Plaintiff in the above-numbered and entitled cause was delivered by Certified Mail – Return Receipt Requested to said David E. Fast, on the 3RD day of February 2001.

                                                FRANCISCO R. RODRIGUEZ

<u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>
NO. 7000 0600 0025 9261 5764

2

ClibPDF - www.fastio.com