/103

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |

TYPE OF CASE:      __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION TO DISMISS DAVID E. FAST TO APPEAR AS ATTORNEY-IN-CHARGE FOR FRANCISCO R. RODRIGUEZ AND EMMA MENDEZ RODRIGUEZ**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 28, 2001 AT 2:00 P.M.**

/s/ JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 12, 2001

TO:   MR. DAVID FAST
      MS. NANCY L. MASSO
      MR. FRANCISCO R. RODRIGUEZ/MS. EMMA M. RODRIGUEZ