104

United States District Court
Southern District of Texas
FILED

FEB 2 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF'S MOTION TO DISMISS

CIVIL ACTION NO. __B-95-150__          DATE & TIME: __02-28-01 AT 2:00 P.M.__

FRANCISCO R. RODRIGUEZ,              PLAINTIFF(S)   __DAVID FAST__
EMMA MENDEZ RODRIGUEZ                COUNSEL

VS.

UNITED STATES POSTAL                 DEFENDANT(S)   __NANCY L. MASSO__
SERVICE, ET AL.                      COUNSEL

---

ERO: Gabriel Mendieta
CSO: Dan Figueroa

    Attorneys David Fast and Nancy Masso, and Plaintiff Francisco Rodriguez appeared for hearing.

    Plaintiff wants to substitute Mr. Fast for other counsel. Substitution will be granted with the understanding that no continuance will be granted.

    Discovery deadline extended to March 16, 2001.

    Plaintiff was encouraged to mediate.