106

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-95-150 |
| § | |
| UNITED STATES POSTAL SERVICE, § | |
| ET AL. § | |

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**JURY SELECTION HAS BEEN CONTINUED FROM APRIL 6, 2001 AT 8:30 A.M. TO APRIL 27, 2001 AT 8:30 A.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

**TRIAL HAS BEEN CONTINUED FROM APRIL 23, 2001 AT 9:00 A.M. TO MAY 21, 2001 AT 9:00 A.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

**NO FURTHER CONTINUANCES WILL BE GRANTED IN THIS CASE. IF THIS CASE DOES NOT PROCEED TO TRIAL ON MAY 21, 2001, IT WILL BE DISMISSED WITH PREJUDICE.**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: APRIL 4, 2001

TO: MR. DAVID FAST
     MS. NANCY L. MASSO
     MR. FRANCISCO R. RODRIGUEZ/MS. EMMA M. RODRIGUEZ