*108*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |

### ORDER

Pending before the Court is Plaintiff's Application to Proceed in Forma Pauperis. (Docket No. 107).

Mr. Rodriguez is a retired Post Office employee. According to his Motion, his income is over $22,000.00 per year. His application is **DENIED**.

DONE at Brownsville, Texas, this 18th day of April, 2001.

_____
John Wm. Black
United States Magistrate Judge