*109*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
APR 2 3 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-95-150 |
| UNITED STATES POSTAL SERVICE, ET AL. | § § | |

TYPE OF CASE:         __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 26, 2001 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 19, 2001

TO:   MR. DAVID FAST
      MS. NANCY L. MASSO
      MR. FRANCISCO R. RODRIGUEZ/MS. EMMA M. RODRIGUEZ