110

United States District Court
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ, )
        Plaintiff )
         ) Cause No. B-95-150
VS. ) Civil
         )
UNITED STATES POSTAL SERVICE-ET AL,)
        Defendants)

<u>PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO BELATEDLY JOIN/
IMPLEAD THE AMERICAN POSTAL WORKERS UNION AS A PLAINTIFF</u>

TO THE HON. MAGISTRATE BLACK OF BROWNSVILLE COURT:

COMES NOW, FRANCISCO R. RODRIGUEZ, plaintiff in the above numbered and entitled cause, and for motion for leave of the Court to belatedly join/implead the American Postal Workers Union ("APWU") as a plaintiff herein, and in support therefor would respectfully show the Court as follows:

1. Plaintiff filed his original petition in September, 1995, to which defendants filed a number of motions for dismissal and for summary judgment; plaintiff responsive pleadings/motions and numerous briefs by plaintiff with extensive exhibits, not answered by defendants. Jury trial is set for May 21, 2001, with jury selection set for April 27, 2001.

2. The cause's trial schedule was recently interrupted because of plaintiff's severe health problems with a viral infection and replacement of his heart-pacemaker. Plaintiff is still suffering from both health problems, being restricted by his cardiologist to limited activities, as previously described to the Court and defendants. Since the schedule was involuntarily interrupted, plaintiff would show no harm by allowing the APWU to be made a party, especially given plaintiff's continuing infirm health status and plaintiff becoming

-1-

aware that APWU should have been a plaintiff-party from the very beginning (layman plaintiff began pro se; did not understand the urgency of joining APWU, but believes defendants were aware of the indispensability of the APWU at the outset)

3. Plaintiff has become aware that the A.P.W.U. should have been made a party to this cause on the basis of plaintiff being a union member, and more particularly was alleged to being retaliated against by defendants for acting in the capacity as President of the Harlingen A.P.W.U. (defendants' retaliation against plaintiff, was retaliation against the union). In all of the harassment/retaliation activities of defendants being complained of by plaintiff in U.S. Postal Service grievance actions, Equal Employment Opportunity complaints, etc. defendants never included the A.P.W.U. despite defendants' conduct being directed to the local union president in his protected capacity, rather than his individual capacity, reflected by correspondence, memoranda and notes between plaintiff and defendants (shown by numerous exhibits attached to plaintiff's briefs and incorporated by reference the same as if fully copied and set forth at length).

4. Plaintiff has been in contact with the National A.P.W.U. and expects written agreement to be provided by said National A.P.W.U. for them to be impleaded/joined in this law suit, as a necessary party under statute and postal service regulations.

5. This motion for leave of the Court would not prejudice any of the defendants, since it belatedly impleads a necessary party that should have been joined/impleaded by de-

-2-

fendants in plaintiff's grievances and EEO complaints that were precursors of the current lawsuit and actually made a part by reference by the parties (see his concurrent brief).

6. This motion for leave and joinder, is not being made for any purposes of delay, but in order that the ends and purposes of justice may be well served.

WHEREFORE-PREMISES CONSIDERED, FRANCISCO R. RODRIGUEZ plaintiff, prays the Court grant his motion for leave of the Court to belatedly join/implead the American Postal Workers Union as a plaintiff, and that the Court may grant any other and further relief to which plaintiff may be justly entitled.

Dated: 4/23/01.        Respectfully submitted,

_David Fast_
DAVID E. FAST
TBA #068450500, S.D. Adm. #2129
11217 Leopard St., #"G"
Corpus Christi, Tx 78410
361/241-4495
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Motion for Leave of the Court for Joinder, was delivered to the opposing attorney, by FAX, hand delivery or certified mail, return receipt requested, by depositing same, and addressed, postage prepaid, to the said attorney, on April 23, 2001.

_David Fast_
DAVID E. FAST

## CERTIFICATE OF CONSULTATION

This is to certify that on the 23rd day of April, 2001, I consulted by telephone with the office of Nancy Masso, to inquire if the USPS/defendants had opposition to plaintiff's motion for leave of the Court for joinder of APWU, without obtaining permission or opposition.

_David Fast_
DAVID E. FAST

-3-