111

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Leave of the Court to Belatedly Join/Implead the American Postal Workers Union as a Plaintiff (Docket No. 110). The operative word in this caption is "Belatedly". This case is one of the oldest on the docket of this division. It is currently set for trial in May 2001. Plaintiff's Motion makes absolutely no showing as to why the relief sought was not sought at an earlier date. It is therefore **DENIED**.

DONE at Brownsville, Texas, this 24th day of April, 2001.

_____
John Wm. Black
United States Magistrate Judge