United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

112

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. __B-95-150__    DATE & TIME: __04-26-01 AT 2:30 P.M.__

__FRANCISCO R. RODRIGUEZ,__        PLAINTIFF(S)    __DAVID FAST__
__EMMA MENDEZ RODRIGUEZ__          COUNSEL

VS.

__UNITED STATES POSTAL__           DEFENDANT(S)    __NANCY L. MASSO__
__SERVICE, ET AL.__                COUNSEL

-----------------------------------------------------------------------

Final pretrial conference will be reset.