114

United States District Court
Southern District of Texas
ENTERED

MAY 29 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ, *
    Plaintiff, *
vs. * CIVIL ACTION Nº. B-95-150
*
UNITED STATES POSTAL SERVICE, *
ET AL *

## AGREED ORDER SETTING TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

    At the direction of the Court, the parties herein hereby advise the Court that they have agreed that this matter should be scheduled for trial on August 28, 2001.

    The parties further understand that this Court will schedule and notice this matter for final pre-trial hearing and jury selection for the August 2001 docket call and that counsel will be required to appear.

    Having reviewed this agreement and stipulation the Court

    **ORDERS that this matter be scheduled for trial beginning at 9:00 a.m. on August 28, 2001. The parties are admonished that any conduct or action resulting in the further delay of these proceedings will be strictly scrutinized. Further, any party found to have unduly caused such a delay may be subject to an imposition of sanctions from contempt of court up to and including a dismissal with prejudice.**

    Signed this 29th day of May, 2001, in Brownsville, Texas.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE
Presiding Judge, 28 USC 636(c)

**Agreed as to Form and Substance**

May 4, 2001
Date

NANCY L. MASSO, for the Defendants
Assistant United States Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554; Fax: (956) 548-2549
State Bar No. 00800490; Federal I.D. No. 10263

May 22, 2001
Date

DAVID E. FAST, for the Plaintiff
11217 Leopard Street
Corpus Christi, Texas 78410
Tel: (361) 241-4495
State Bar No. 06850500; Federal I.D. No. 2129