/115

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

FRANCISCO R. RODRIGUEZ §
§
VS. § CIVIL ACTION NO. B-95-150
§
UNITED STATES POSTAL SERVICE, §
ET AL. §

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

TAKE NOTICE that the proceedings in this case have been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE IS SET FOR AUGUST 2, 2001 AT 2:00 P.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

**JOINT ~~FINAL~~ PRETRIAL ORDER MUST BE FILED BY AUGUST 2, 2001**

**JURY SELECTION IS SET FOR AUGUST 3, 2001 AT 8:30 A.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

PLACE:  
**UNITED STATES FEDERAL COURTHOUSE**  
**600 E. HARRISON STREET**  
**BROWNSVILLE, TEXAS**

ROOM NO.:  
**SECOND FLOOR COURTROOM, #2**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JULY 30, 2001

TO: MR. DAVID FAST  
MS. NANCY L. MASSO  
MR. FRANCISCO R. RODRIGUEZ/MS. EMMA M. RODRIGUEZ