United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

# THE HONORABLE JOHN WM. BLACK

## FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. **B-95-150**      DATE & TIME: **08-02-01 AT 2:00 P.M.**

**FRANCISCO R. RODRIGUEZ,**      PLAINTIFF(S) **DAVID FAST**
**EMMA MENDEZ RODRIGUEZ**      COUNSEL

VS.

**UNITED STATES POSTAL**      DEFENDANT(S) **NANCY L. MASSO**
**SERVICE, ET AL.**      COUNSEL

---

CSO: D. Harrelson
ERO: G. Mendieta

    Mr. Rodriguez appeared with Mr. Fast.

    Plaintiff's Motion to Dismiss David E. Fast to Appear as Attorney-In-Charge for Francisco R. Rodriguez/ and Emma Mendez Rodriguez is denied.

    Mr. Fast was instructed by the court to file an Agreed Pretrial Order by August 3, 2001 at 8:30 a.m.