121

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ,          )
               Plaintiff          )
                         )    Cause No. B-95-150
      VS.                   )    Civil
                         )
UNITED STATES POSTAL SERVICE-ET AL,)
              Defendants)

## PLAINTIFF'S LIST OF EXHIBITS (UNIVERSAL & BELOW DELINEATED)

     Plaintiff has previously provided copies of a List of Exhibits that have primarily been included in his briefs/motions/pleadings, which he and counsel refer to as "Universal" list of exhibits, because many exhibits have been referenced in those documents, multiple times, and it was considered to be more judicially prudent to maintain the same exhibit number throughout, rather than attaching the same exhibit over and over again, with every time the exhibit was referenced in plaintiff's briefs/documents.

     In mid-2000, plaintiff changed the numbering of exhibits to reflect the that would first reference the exhibit, starting with the number Px00-001, and numbering consecutively etc.  Following are recent exhibits/packets of exhibits that are not on the universal list of exhibits:

| Exh. No. | Date: | Description: |
|---|---|---|
| 01-001 | 060501 | Pollard v. Du Pont, ___ U.S. ___ (No. 00-763 6/4/01)(2001), as reported in U.S. Law Week. |
| 01-002 | | Docket No. 91. |
| 01-003 | 011791 | FRR Letter to M.Martinez complaining of SPO Rocha's interference with APWU business |
| 01-004 | 021291 | FRR handwritten letter to M.Martinez--cc:VHF FRR complains of arrearage in duties; re- |

-1-

sponse is to advise all clerks that Rocha
is supervisor.

001-005           Employee Labor Relations Manual (ELM) Sec. 232.3/4

01-006           ELM Sec. 422.4 and 424.42

01-007           Post Office Accounting Procedures Handbook (F-1) Sec. 852.11, 852.12, 853.2c, 855.b

01-008           ELM Sec. 514.22, 514.24, 514.31

01-009           Packet, Harlingen Fed. Postal Credit Union.

01-010           Packet, Harlingen National Bank.

01-011           Collection Notices, Harlingen Fed. Postal Credit Union

01-012           ELM Sec. 436.3, 436.11, 436.411, 436.413

01-013     07xx93     APWU Tabloid on Postal Inspectors

01-014     93     USPS "pets" becoming APWU officers and escape prosecution for shortages.

01-015           Handbook F-50 Examination of Stamp Credits and Stocks, Sec. 321

01-016     07xx99     Packet, Natl. Assn. of Letter Carriers NALC Branch 2983, Griev. 2983-9925, Antonio Rada

01-017     89     Packet, FRR complaint to Postal Inspectors

01-018           ELM, sec. 666.1, 666.85, 666.86

01-019           Domestic Mail Manual (DMM) Sec. 911.11, 933.1

01-020           DMM Sec. 115.1, 912.62(a to f), 913.721a

01-021           ELM Sec. 665.2r, 665.2t

01-022           ELM Sec. 667.221, 667.222, 667.23

WHEREFORE, PREMISES CONSIDERED, FRANCISCO R. RODRIGUEZ submits his "Universal" List of Exhibits (attached) with the above and foregoing exhibits, in order to comply with the requirement of providing the Court and parties with the ex-

CitiPDF - www.fscdai.com

hibits to be used at trial by plaintiff, and the Court grant

any other and further relief to which plaintiff may be justly

entitled.

Dated:  August 2, 2001.

Respectfully submitted,

DAVID E. FAST
TBA #068450500, S.D. Adm. #2129
11217 Leopard St., #"G"
Corpus Christi, Tx 78410
361/241-4495
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of The
Plaintiff's Additional List of Exhibits has been delivered to
the opposing attorney, by FAX, hand delivery or certified
mail, return receipt requested, by depositing same in a de-
pository of the U. S. Postal Service in a wrapper properly
addressed, postage prepaid, to the said attorney, on Aug.2,
2001.

DAVID E. FAST

# FRANCISCO R. RODRIGUEZ
## CAUSE NO. B-95-150

## PLAINTIFF'S UNIVERSAL AND UNLIMITED EXHIBIT LIST

\*\* List of Plaintiff's exhibits referred to in prior proceedings and herein.

Px-1 through Px-9 Additional exhibits used in the Motion in Opposition to Dismiss/Summary Judgment

Px-1 Back pay to Plaintiff for July 7, 1993; per settlement agreement 4-12-93

Px-1A 3-2-93 EEO#3-U-1169-92 Scheduling Order

Px-1B 4-29-93 ALJ EEO #3-U-1169-92 settlement letter

Px-1C 4-24-93 Francisco Rodriguez letter to ALJ

Px-2 Back pay to Plaintiff for 9-7-94; per USPS letter dated 9-12-94

Px-3 Back pay to Plaintiff for 5-5-95

Px-4 Miss mailed Civil Action (Correct address/wrong contents) dated 12-22-92

Px-5 Disengagement letter from attorney Solis dated 5-9-94

Px-6 USPS dated 4-25-95 acknowledging EEO discrimination

Px-7 Disengagement letter from South Texas Projects dated 7-26-95

Px-8 Disengagement letter from Texas Rural Legal Aid dated 11-21-95

Px-9 Disengagement letter from attorney Pena dated 11-27-95

Px-10 Form CA-2 dated 11-26-91; hand-delivered 2-7-92 by acting SPO Cortez

The following exhibits were used in the Motion for Appointment of Counsel

Px-11 USPS notice of 7-day suspension dated 12-11-91

Px-11A Grievance #12-2001 Step 2 appeal

Px-11A1 EEO 3-U-1169-92 Ayala Investigative report excerpts – (p. 5 –7)

Px-11F 1-23-92 FRR handwritten memo

Px-12 USPS notice of emergency suspension dated 3-20-92

Px-13 USPS notice of proposed removal dated 4-10-92

Px-13A USPS removal (Francisco Rodriguez) packet

Px-13B USPS – nationwide articles on postal violence exhibits = Packet

Px-14 USPS (Memphis) notice of 3D grievance settlement 7-9-92

Px-15 USPS instructions to return to duty dated 7-22-92

Px-16 USPS (Dallas) notice of 3D grievance settlement dated 7-13-88; Letter of Warning (LOW) dated 4-29-88; USPS notice of Step 2 grievance meeting-decision (denied) dated 6-3-88

Px-16A 7-13-88 L.O.W. Step 3D settlement

Px-17 Copy of Collective Bargaining Agreement

Px-17ODL Harlingen USPS 3rd, 4th 1990, & 1st & 2nd 1991 overtime desired lists

Px-A through Px-X Additional exhibits used in the Motion for Appointment of Counsel

Px-Y; Px-Z & Px-AA Plaintiff's exhibits for Third Unopposed Motion for Ext. of Time to Second Motion to Dismiss

Px-BB USPS Handbooks and Manuals citations

Px-18 Arbitration Award dated 1-30-95

Px-19 National Agreement, Article 7. Employee Classifications

Px-19' 9-13-96 EEOC letter to FRR granting request for reconsideration

CStdPDF - www.fastio.com

Px-19A  3-20-95 EEOC OFO Wm. J. Bartlett letter to F.R.R.

Px-20  USPS Step 3A grievance Decision dated 8-29-74

Px-21  Policy Statement on Threats and Violence in the Workplace mailed by
    Defendant-Martinez and received by Plaintiff on 11-19-92

Px-21B  3-31-92 USPS Templeton letter to Regional postal union officers

Px-21C  Bazaldua letter dated 10-23-92 to Harlingen APWU Shop Steward

Px-21D  Bazaldua (Jackie Bethell) letter dated 9-24-92 Harlingen APWU Shop Steward

Px-21E  NALC Pres. Sombrotto message/QTXTSRC dated 8-5-92 to Natl. Business
    Agents & Trustees

Px-21F  8-5-92 NALC Sombrotto letter NBA/Trustees Re: PMG "RIF" goals

Px-22  Plaintiff's Clerk Craft Assignment No. 7, effective 4-16-83

Px-23  Acting SPO Cortez's notice removing Plaintiff's VOMA duties from Assignment
    No. 7 dated 2-25-92

Px-23A  F.R.R. letter dated 2-21-92 to Mary Martinez

Px-23A'  FRR handwritten memo assignment of duties

Px-23B  FRR handwritten memo assignment of duties

Px-23C  FRR handwritten memo assignment of duties

Px-24  Acting SPO Cortez's notice assigning clerk craft (Assignment No.7) VOMA duties
    to clerk Barrera, dated 2-25-92

Px-24A  USPS letter to Frank from Roberto Pantoja dated 9-1-92

Px-25  USPS notice of Employment of Casual dated 12-1-88

Px-26  Plaintiff's certified letter to Defendant-Martinez in reference to Employment of
    Casual assignment of VOMA duties dated 3-31-92

Px-26A  3-13-92 FRR handwritten memo assignment of duties to Edna

Px-26B  1-28-92/1-29-92 FRR handwritten (0-13) memo

Px-27  USPS notice of personnel action for employment of PTF clerk Corkill dated
    8-14-92

Px-28  Work schedule for Week 4 of A/P 2-93

Px-28A  Feb., Mar., Apr., Oct. 1993 USPS-Harlingen weekly work schedules

Px-29  USPS Memorandum to Plaintiff canceling his DDC and Instructor class in Austin
    TX. dated 1-5-88

Px-30  APWU Step 3 grievance appeal with reference Unilateral assignment of former
    postmaster Vicinaiz dated 11-3-88

Px-31  NLRB charge against employer with re: to Vicinaiz employment dated
    9-26-88

Px-32  USPS Defendant-Rocha regarding oppressive work schedule to Plaintiff ,dated
    4-15-88

Px-33  Arbitration settlement with re: to flexible credit shortage on clerk Valdez dated
    4-28-88

Px-34  USPS Defendant-Martinez notice of removing Plaintiff from Employee Welfare
    Committee dated 5-4-88

Px-35  USPS notice of statement of Welfare Committee Meeting dated 5-4-88

Px-35A  12-23-88  Martinez letter to all employees announces gift certificate winners

Px-35B  3-14-89 F.R letter complains to USPS-Schraer of being deprived of certificates

Px-36  Pre-Arbitration Settlement dated 11-9-88

Px-37 Pre-Arbitration Settlement dated 11-9-88
Px-38 Step 2A grievance disposition with APWU letter dated 12-14-89
Px-39 Addendum to LMOU dated 7-28-82
Px-40 NLRB charge against employer with APWU letter dated 11-29-88
Px-41 USPS letter from Defendant-Martinez to Plaintiff dated 6-12-89
Px-42 USPS letter from Defendant-Martinez to Plaintiff dated 4-10-89
Px-43 USPS letter from Defendant-Martinez to Plaintiff dated 3-23-89
Px-44 USPS letter to all employees dated 12-23-88
Px-45 USPS letter from FDGM/Postmaster to Plaintiff dated 3-17-89
Px-46  Plaintiff's request for EEO counseling dated 6-12-89
Px-47 APWU Step 2A settlement for 5-5-89
Px-48 Step 2A grievance disposition dated 6-16-89
Px-49 Step 2A grievance disposition dated 6-16-89
Px-50 USPS letter from Defendant-Martinez to Union Presidents dated 7-6-89
Px-51 USPS letter from acting manager EEO complaints processing dated 7-17-89
Px-51A  Rocha letter dated 11-30-89 to Francisco Rodriguez
Px-52 Step 3 grievance settlement dated 5-23-90
Px-52A  6-14-90 letter from Mary Martinez to Francisco Rodriguez
Px-53 Step 3 grievance settlement dated 7-24-90
Px-54 Step 3 grievance settlement dated 7-24-90
Px-55 Grievance letters by APWU and USPS on Bargaining Unit Work dated
        8-22-80 and 8-29-80
Px-56 USPS Step 1 grievance settlement dated 6-7-91
Px-57  Class-action pre-arbitration settlement dated 6-20-91
Px-58 Step 3 grievance settlement dated 7-19-91
Px-59 Plaintiff's hand written memo dated 8-8-91
Px-59A Letter from Rudy Perez , Jr. APWU- NBA to John W. Karst dated 6-11-91
Px-59B Step 3 grievance appeal dated 5-17-91
Px-59C USPS Step 2 decision dated 5-3-91
Px-59D APWU Step 2 grievance appeal dated 4-15-91
Px-60 Class-action pre-arbitration settlement dated 10-1-91
Px-61 Pre-arbitration settlement dated 10-1-91+
Px-62 Plaintiff's hand written memo dated 11-8-91
Px-62A Letter to Ms. Margaret T. Ayala dated 8-8-92 with PS forms 3971 attached
Px-62B Postal vehicle accident record for 1988-1991
Px-62C NLRB letter dated 9-9-92  Michael Dunn letter to Mary Martinez- charge
        withdrawn
Px-62D Packet - NLRB Michael Dunn certified mail w/RRR letter dated 8-6-92 with
        charge enclosed to Thomas H. Pigford with attachment of letter and
        document request to Mary Martinez from  Francisco Rodriguez dated 2-5-92.
Px-62E  3-23-92 USPS Inspector Figueroa investigative memorandum (IM)
Px-62E1  5-6-92 Eddie Perez (APWU-IM) interview
Px-62E2  5-7-92 Harlingen VMS newspaper article
Px-62E3 M.M. Vicars v. CCFWD #1, et al civil action
Px-62E4  State of TX, Cameron Cty, et al v. Eddie Perez judgment

3

Px-62E5  7-1-92 Seferino Rodriguez sworn statement
Px-62F  1-21-92  A. Cortez/F. Rodriguez time limit extension - step 2  griev. #12-2001
Px-62G  2-5-92 Mary Martinez letter to Francisco Rodriguez
Px-62H  1-14-92  (12-20-91 document request to be made available to plaintiff)
Px-63 Notarized statement dated 3-13-96
Px-64 Grievance fees refund packet dated 2-19-92
Px-64A  Letter dated 10-28-91 to postmaster from Francisco Rodriguez
Px-65  Letter dated 11-30-89 to Francisco Rodriguez from Romeo S. Rocha
Px-65A Letter w/attachments dated 1-10-92 to Francisco Rodriguez from Abel Castaneda
Px-65B  11-5-91 Local NALC Abel Castaneda letter w/attach. to APWU Local Francisco
        Rodriguez from Abel Castaneda
Px-65C Handwritten statement w/statement dated 5-21-91 from Roy Elizondo
Px-66 PS Form 3971 submitted on 11-8-91 by F.R. Rodriguez
Px-66A OWCP Workers' Comp claim dated 11-26-91 w/attachments submitted by
        Francisco Rodriguez
Px 66B Document request submitted by Francisco Rodriguez on 1-9-92
Px-66C Step 2 grievance appeal dated 12-30-91 w/attachments
Px-67 Handwrttien memo by Francisco Rodriguez dated 6-4-91
Px-67A Handwritten memo w/attachments by Frank Rodriguez dated 9-9-91
Px-67B Handwritten memo dated 2-25-91 by Frank
Px-67C Handwritten memo dated 2-27-91 by Frank
Px-67C1 12-5-91 Galvan handwritten (0-13) memo to Frank
Px-67D Handwritten memo dated 7-9-91 by Frank
Px-67E Letter dated 1-25-91 from Mary Martinez to Francisco Rodriguez
Px-67F Hand written memo w/attachment from Jan Barnard dated 1-31-91 to Frank
        Rodriguez
Px-68 Handwritten memo dated 7-5-90 from Frank Rodriguez
Px-68A Handwritten (0-13) memo dated 2-7-91 from Francisco Rodriguez
Px-68B Handwritten memo dated 2-27-91 from Galvan to Frank
Px-68C Handwritten memo dated 3-21-91 from Frank
Px-68D Step 1 grievance dated 4-13-91
Px-68E Handwritten memo dated 4-19-91 from Frank Rodriguez
Px-68F Typewritten/handwritten memo dated 4-18-91/4-26-91 from Francisco Rodriguez
Px-68G Handwritten memo dated 6-5-91 from Frank
Px-68H Handwritten memo dated 7-10-91 from Frank
Px-68I PS Form 3971 dated 7-12-91 from Francisco Rodriguez
Px-68J PS Form 3971 dated 8-26-91 from Francisco Rodriguez
Px-68K Handwritten memo dated 7-30-91 from Galvan
Px-68L Handwritten memo dated 9-18-91 from Frank
Px-68M PS Form 7020 dated 12-20-91 w/attachment from F.R. Rodriguez
Px-68N PS Form 7020 dated 1-6-92 from F.R. Rodriguez
Px-68-O Two (2) PS Forms 7020 dated 1-30-91 from F.R. Rodriguez
Px-68P PS Form 7020 dated 2-7-91 from F.R. Rodriguez
Px-68Q  11-16-92 appeal to arbitration – local grievance #2-8131 w/attachments
Px-68R PS Form 7020 dated 3-5-92  from F.R. Rodriguez

4

Px-68S  3-10-92 (0-13) handwritten memo dated from Frank Rodriguez to Gilbert Galvan
Px-68S1  3-9-92 (0-13) handwritten memo by Frank Rodriguez - conversation with
    Arturo Cortez
Px-68T  3-11-92 Rodriguez/Galvan PS Form 7020
Px-68U  3-13-92 F.R. Rodriguez/Galvan PS Form 7020 .
Px-68V  3-19-92 (0-13) handwritten memo from F.R. Rodriguez to Gilbert Galvan
Px-68W Copy of APWU letter with handwritten statement dated 5-29-92
Px-68X Handwritten memo dated 7-11-91 from Frank
Px-68Y  9-5-90 (0-13) handwritten memo from Frank Rodriguez to Gilbert Galvan
Px-69   9-1-92 Bazaldua letter to USPS PDC w/special instructions (to Tom Seeger)
Px-69A Handwritten memo dated 1-10-92 to Frank Rodriguez
Px-69B PS Form 3971 with ETC print-out dated 1-11-92
Px-69C PS Form 7020 dated 2-13-92 from F.R.Rodriguez
Px-69D 2-21-92 Francisco Rodriguez handwritten memo  to Acting SPO Cortez
Px-69E Handwritten memo dated 2-27-92 from Francisco Rodriguez
Px-69F Handwritten memo dated 3-9-92 from Frank Rodriguez
Px-69G Handwritten memo sign-out-and-in log dated 3-13-92 from Art Cortez
Px-69H Handwritten (ETC) clock rings for Friday 3-13-92
Px-69I Handwritten memo dated 3-19-92 from Francisco Rodriguez
Px-69J 3-13-92 Rodriguez/A.Cortez (0-13) handwritten grievance memo
Px-69J1 3-24-93 handwritten - F. Barrera Pre-arb Settlement
Px-69L  9-1-92  USPS Pantoja letter to Frank Rodriguez
Px-70  9-17-92 USPS (Back Pay Award) to Postmaster and copy mailed to FRR
Px-70A Handwritten letter dated 2-12-91 from Francisco Rodriguez to Mary Martinez
Px-70B Letter dated 4-26-91 from Francisco Rodriguez to Mary Martinez
Px-70C Letter dated 5-13-91 from Francisco Rodriguez to Mary Martinez
Px-70C2  4-26-91 Francisco Rodriguez letter w/attachments to Mary Martinez
Px-70D Step 2 grievance (#05-2403) appeal dated 5-31-91with attachments
Px-70E Letter dated 6-4-91 from Mary Martinez to Francisco Rodriguez
Px-70F Letter dated 6-6-91 from Mary Martinez to Francisco Rodriguez
Px-70G Letter dated 7-9-91 from Mary Martinez to Francisco Rodriguez
Px-70H 8-28-91 Francisco Rodriguez letter to Mary Martinez w/copy to APWU Perez
Px-70I Letter dated 9-25-91 from Francisco Rodriguez to Mary Martinez
Px-70J Letter dated 9-26-91 from Mary Martinez to Francisco Rodriguez
Px-70K Letter dated 10-23-91 from Francisco Rodriguez to Mary Martinez
Px-70L Letter dated 10-28-91 from Francisco Rodriguez to Mary Martinez
Px-70M Handwritten overtime analysis w/attachment dated 11-7-91
Px-70N Letter dated 12-6-91 from Francisco Rodriguez to Mary Martinez
Px-70O Letter dated 2-21-92 from Francisco Rodriguez to Mary Martinez
Px-70P Handwritten memo dated 3-2-92 from Frank
Px-70Q Handwritten memo dated 3-13-92 from Frank
Px-70R 6-29-92 Francisco Rodriguez letter to Mary Martinez Re: (Px-70R sign-in/out log
    and work schedule)
Px-70R  Handwritten sign-in/sign-out log
Px-70S Letter dated 6-29-92 from Francisco Rodriguez to Mary Martinez

Px-70W 6-7-91 Step 2 grievance (#05-2401) decision w/additions & corrections

Px-70X 7-1-91 Clerk Craft Seniority roster

Px-71 Letter dated 3-20-92 from Manuel D. Hernandez to Frank Rodriguez w/stick-on handwritten memo from Frank and attached handwritten statement from Richard Laughlin

Px-71A Copy of registered letter no. R 563 404 954 w/attachments

Px-71A1 1-16-97 defendant Martinez letter to FRR - continues to mistreat his mail

Px-71B Copy of "Return to Sender" stamp

Px-71B1 1-16-97 Mary Martinez letter to Francisco Rodriguez

Px-71B2 5-11-92 FRR letter to USPS J. M. Kelly

Px-71B3 6-4-92 USPS Marvel B Hamadeh letter to FRR

Px-71B4 7-20-92 FRR letter to USPS Chief Postal Inspector

Px-71B5 9-2-92 USPS Stephen W. Furgeson letter to Francisco Rodriguez

Px-71B6 7-19-92 Congressman Joe Barton letter to Francisco Rodriguez

Px-71C Copy of 1992 calendar

Px-71D OWCP Workers' Comp claim w/copy to USPS dated 3-25-92

Px-71E 03-31-92 Arturo J. Cortez/Mary Martinez memo

Px-71F Joint Statement on violence article dated April 1992

Px-71G Eddie M. Perez Investigative Memorandum (IM) Packet

Px-71H Election recount article dated 5-7-92

Px-71I 4-28-92 APWU Tom Neill letter to FRR

Px-71J 11-13-73 APWU Tom Neill letter to FRR

Px-71K 3-12-76 APWU Irving A.Domingue letter to USPS Reyes

Px-71K1 8-29-80 to USPS Reyes letter to APWU Thomas A. Neill

Px-71L Letter dated 4-10-92 from Arturo Cortez to Frank Rodriguez

Px-71M Letter dated 4-16-92 w/attachment from Francisco Rodriguez to Mary [1] Martinez w/handwritten memo by Arturo J. Cortez

Px-71N Letter CM/RRR dated 4-16-92 from Francisco Rodriguez to Mary Martinez

Px-71O 5-13-92 (013) typewritten memo dated from Carmen Cantu to Cindy Martinez

Px-71P Letter dated 5-14-92 from Richard Bernal to Francisco Rodriguez

Px-71Q USPS Step 2 grievance decision on FRR removal from USPS dated 5-19-92

Px-71Q1 APWU-Cindy Martinez Rep. Step 3 excerpts (page 6/step2)

Px-71R 5-1-92 Carmen Cantu ELR typewritten (0-13) memo to Cindy Martinez

Px-71R1 EEO #3-U-1376-92 Ayala investigative report excerpts

Px-72 5-31-93 Francisco Rodriguez letter to Louis Bazaldua

Px-72A Page 22 of EEOC counselor's report investigative file

Px-72B #-U-1169-92 EEOC counselor report investigative file

Px-72C 4-25-95 USPS/EEO Cantu letter to Francisco R. Rodriguwz

Px-72D 6-3-93 Francisco Rodriguez letter to Louis Bazaldua

Px-72E Page 62 of EEOC counselor's report investigative file

Px-72F Page 63 of EEOC counselor's report investigative file

Px-73 7-14-93 Joseph G. Hopkins letter w/attachments to Francisco Rodriguez

Px-73A Letter dated 9-1-92 from Louis Bazaldua to Minneapolis Postal Data Center

---
1

Px-73C 10-1-92 Step 2 griev. decision from Roberto Pantoja to Francisco  Rodriguez
Px-73D FRR career USPS sick leave record
Px-74 8-24-93 FRR letter to Louis Bazaldua
Px-74A Plaintiff's Reconstruction of PP-1 thru PP-21, 1992 Total Earnings &
        Retirement Contributions
Px-74B Plaintiff's reconstruction of his (Purported) back pay award
Px-74C Plaintiff's Benefits used to fund Francisco R. Rodriguez back pay award
Px-74D PS Form 2240 pay adjustment dated 6-8-93 from Louis Bazaldua
Px-74F 11-10-89 USPS – Martinez letter to Francisco Rodriguez
Px-75 9-13-93 USPS Bazaldua letter to Francisco Rodriguez
Px-76 11-8-93 USPS Anthony J. Vegliante to (APWU) Thomas A. Neill
Px-76A 2-17-94 (APWU) Neill letter to USPS Vegliante, w/copy to Francisco Rodriguez
Px-76A' FRR mail complaints to Congressional Representatives – Packet
Px-77 9-11-92 USPS Herbert Diaz Jr. letter to Francisco Rodriguez
Px-77A 8-29-92 FRR letter to USPS Louis Bazaldua
Px-78 2-4-94 USPS V. G. Duran Jr. letter to FRR
Px-78A 1-25-94 FRR letter to (USPS) Victor G. Duran
Px-79 Plaintiff's Reconstruction of PP-1 through PP21 for 1991
Px-79A FRR Pay cards for PP-1 through PP-21 of 1991
PP-81 8-10-94 FRR letter to P. D. C. requesting back pay documents/records
Px-82 9-12-94 USPS/PDC Mona Wolney response to 8-10-94 FRR letter
Px-82A Payroll Journals – all 1992 PP's for FRR
Px-83 USPS (Handbook F-21) Time & Attendance ; Excerpts from Chapter 7
Px-83A USPS ELM Excerpts Chapter 3
Px-83B 2-14-95 EEOC/OFO Loretta Y. Watson to Francisco Rodriguez
Px-84 3-3-95 USPS Mona Wolney letter Explanations of FRR Questions & Concerns
Px-84A 3-7-95 FRR Request for EEO Counseling
Px-84B 10-19-94 USPS/EEO Otis Maclin letter FRR
Px-84B1 3-13-95 3-13-95 FRR letter to EEOC/OFO Loretta Y. Watson
Px-84C 4-25-95 USPS/EEO Carmen Cantu letter to FRR
Px-84D 6-9-95 FRR "intent to sue" letter to EEOC/OFO
Px-84E 6-23-95 EEOC/OFO to USPS Garwood w/copy to FRR
Px-84F 6-29-95 USPS/EEO Garwood letter to USPS Andrew Walker w/copy to FRR
Px-85 Correspondence Packet with Postal Inspectors
Px-86 Correspondence Packet with Congress. De la Garza – 1992
Px-87 Correspondence Packet with USPS Div Mgr. – 1994
Px-88 Correspondence Packet with USPS Bazaldua (C. C.) – 1993
Px-89 Correspondence Packet with Congress. Clay – 1992
Px-89A Correspondence Packet with Congress. Ortiz
Px-89B Correspondence Packet with Senator Bentson – 1992
Px-89C Correspondence Packet with Senator Hutchinson – 1993
Px-89D Correspondence Packet with Congress. Barton
Px-89E Correspondence with Congress. Barton (later) - 1992
Px-89F 1992 letter from FRR to Senator Gramm – 1992
Px-90 Correspondence Packet on missing letter

Px-91 Correspondence Packet with Runyon – 1994

Px-92 Correspondence Packet on Unlawful Opening of Mail

Px-92A USPS Inspection Service "whitewash" investigation of FRR mail complaint - Packet

Px-93 Correspondence Packet on Form CA-2A on Recurrence of Occupational Illness or Injury/Disability

Px-93 6-2-94 USPS/Injury Compensation Martha L. Castro letter to FRR w/attach.

Px-94 9-25-92 NLRB Dunn letter to FRR Re: USPS resfusal to LMOU bargaining

Px-94A 4-5-95 FRR letter withdrawing both NLRB charges

Px-94B 3-22-95 NLRB Ruben Armendariz letter to FRR

Px-95 Plaintiff's Damages in Real Property Loss

Px-95A Original Note with Balloon – 1/11/88

Px-95B Second Note - Reflecting Balloon – 3/24/93

Px-95C 5-7-92 Settlement Statement FRR sale to Flores for $50,000.00

Px-95D 4-21-93 Appraisal Report – Property Valued at $90,000.00

Px-96 Plaintiff's Medical/Hospital bill – Packet

Px-97 Mail irregularities - Packet

Px-97G 2-25-93 FRR letter to Alice A. Orta EEO Counselor; copy to EEOC/OFO

Px-97G1 2-23-93 FRR letter to USPS EEO Counselor Alice A. Orta

Px-97G2 2-3-93 USPS EEO Counselor Orta letter to FRR

Px-97G3 2-25-93 FRR letter to EEOC/OFO w/copy to USPS EEO Counselor Orta

Px-97H 1-22-93 USPS EEO Orta letter to FRR

Px-98 3-13-95 FRR letter to EEOC/OFO Lorreta Y. Watson

Px-99 4-12-94 Blanca Pina Arbitration Award

Px-99A 3-10-93 Guadalupe Sanchez Arbitration Award

Px-99B 4-21-93 Guadalupe Sanchez EEOC Award

Px-109 90-M1221 (S7C-3U-C 37718) grievance moving papers; w/PP-15 work Schedules

Px-110 July to Dec 1990 estimated Overtime from 90-M 1221 grievance

Px-111 Cindy Martinez – Union Rep/USPS – ELR Carmen Cantu FRR Grievance / FRR-USPS Carmen Cantu EEO Procedures – Packet

Px-112 FRR-USPS Harlingen (7-Day Susp.) Grievance/FRR-USPS-EEO/USPS-EEO Bazaldua (7-Day) Settlement – Packet

Px-113 FRR Union Rep. – Amanda Torres/USPS Harlingen – USPS Bazaldua (shortage removal//shortage overturned) - Packet

Px-114 Grievance monetary settlements – Packet

Px-115 CBA Article 1 – monetary grievance settlements - Packet

Px-116 9-9-95 USPS debt collection from FRR

Px-117 Excerpts F.B.I. & O.P.R. Packet

Px-118 APWU- Industrial Relations Dept. news article

National Labor Relations Board Exhibits:

        Px-94 Packet on charges before NLRB by Plaintiff, showing various drafts and adopted Local Memoranda of Understanding (LMOU) between 1987 and 1994, showing Postmaster's incompetence; including Plaintiff's charges of 8/22/92 and withdrawal of charges.

# FRANCISCO R. RODRIGUEZ
## CAUSE NO. B-95-150

### PLAINTIFF'S POTENTIAL AND UNLIMITED WITNESS LIST

Mary Martinez
USPS - Postmaster
1502 New Combes Hwy
Harlingen, TX 78550-9998
(956) 423- 1464

Manuel D. Hernandez
USPS - MSC Dir., Human Resources.
809 Nueces Bay Blvd
Corpus Christi, TX 78469-9994
(361) 886-2290

Romeo Rocha
USPS - Sup. Postal Operations
Nashville, TN  37203-9998

Louis Bazaldua
USPS - Labor Relations Specialist
809 Nueces Bay Blvd
Corpus Christi, TX 78469

George Lopez
USPS - MSC Manager/Postmaster
Phoenix, AZ 85026-9998

Felix R. Figueroa
USPS -  Postal Inspector
809 Nueces Bay Blvd
Corpus Christi, TX 78469-9998

Roberto Pantoja
USPS - Postmaster
307 Star Street
Mercedes, TX 78570-9998

W.R. Wuenschel
USPS - Postal Inspector
809 Nueces Bay Blvd
Corpus Christi, TX 78469-9998

Arturo J. Cortez
USPS - Postmaster
First Street
Hidalgo, TX 78557-9998

Carmen Cantu
USPS - EEO Counselor/ELR Representative
809 Nueces Bay Blvd
Corpus Christi, TX 78469-9998
(361) 776-2290

Gilbert Galvan
USPS - Supervisor
1502 New Combes Hwy
Harlingen, TX 76550-9998
Res. 766 Milam, San Benito, TX 78586

Rick Gomez
USPS – FTR City letter carrier
1502 New Combes Hwy
Harlingen, TX 78550-9998
Rt 2, Box R-22, Mercedes, TX 78570

Gustavo Barrera
USPS – Fmr FTR Clerk (Ret)
1502 New Combes Hwy
2105 E. Monroe
Harlingen, TX  78550
(956) 423-5072

Edna Cortez Chapa
USPS - FTR clerk
1502 New Combes Hwy
Harlingen, TX 78550
(956) 423-1464

1

Jesus Vicinaiz
USPS - FTR clerk
Brownsville, TX 78520-9998
Res. P.O. Box 181
Los Fresnos, TX 78566-0181

Eddie M. Perez
USPS - PTF clerk
Manatou Street
Port Isabel, TX 78578-9998

Cindy Martinez
APWU Union Rep
USPS – FTR Clerk
McAllen, TX 78501-9998

Garner F. Klein, MD
Valley Diagnostic Clinic
2200 Haine
Harlingen, TX 78550-8599
(956) 425-7200

Rudy Perez, Jr.
APWU NBA (Ret.)
P.O. Box 729
Burnet, TX 78611-0729
(512) 793-6596

Charles F. Mild, MD
Valley Diagnostic Clinic
2200 Haine .
Harlingen, TX 78550-8599
(956) 425-7200

Thomas A. Neill (Ret)
American Postal WorkersUnion, AFL-CIO
Industrial.Relations Director
1300 L. Street, NW
Washington, DC 20005
(202) 842-4273

Tim C. Bothwell, MD
San Benito Medical Associates
351 N. Sam Houston
San Benito, TX 78586
(956) 399-2443

Frankie Sanders, Jr.
APWU- NBA, Clerk Division
800 W. Airport Freeway
Lobby Box 6093, Suite 1031
Irving, TX. 75062
(214) 721-0063

Rafael Lopezm MD
San BenitoMedical Associates
351 N. Sam Houston
San Benito, TX 78586
(956) 399-2443

Tom Strapkovich
APWU – San Antonio Area Local
Grievance/Arbitration Advocate
San Antonio, TX 78205
(512) 271-0853

Blanca Pina
Fmr Harlingen FTR Clerk
P.O. Box 8187
Weslaco, TX 78599
(956) 969-0248

Roy Elizondo
Fmr Harlingen FTR Clerk
P.O. Box 65
Harlingen, TX 78551-0065
(956) 423-6723

Amanda Torres
Fmr Harlingen FTR Clerk
7815 Kernel
Houston, TX 77012
(713) 926-1625

2

Dianna Schneider
Rt .. 3
Harlingen, TX 78552
(956) 428-1068   (428-9966 – Pager)

Mary Ann Villafana
c/o 12950 Leopard Street
Corpus Christi, TX 78410
(361) 241- 4495

Roberto Cantu, Jr.
814 Nevada
Mercedes, TX 78570
(956) 565-4009

Homer Serna
USPS – FTR Clerk
Downtown Station
Harlingen, TX 78550-9998
(956) 423 - 1430

3

CVisPDF - www.fasiso.com