UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 0 2 2001

FRANCISCO R. RODRIGUEZ, )
        Plaintiff )
)    Cause No. B-95-150
VS. )    Civil
)
UNITED STATES POSTAL SERVICE-ET AL, )
        Defendants)

## PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE HIS SUPPLE-MENTAL BRIEF AND ADDENDUM TO THIRD AMENDED PETITION

TO THE HON. MAGISTRATE BLACK OF U.S DISTRICT COURT:

COMES NOW, FRANCISCO R. RODRIGUEZ, plaintiff in the above numbered and entitled cause, and for motion for leave of the Court to allow him to file a supplemental brief and addendum to his Third Amended Petition, and in support therefor would respectfully show the Court as follows:

1. Plaintiff filed his original petition in September, 1995, to which defendants filed a number of motions for dismissal and for summary judgment, plaintiff tried to join APWU.

2. Recent developments, such as the Pollard v. du Pont, Supreme Court case, indicating that there is no cap on front pay damages, since they are not compensatory damages, under Title VII of the Civil Rights Act, and plaintiff's request for rehearing on joining/impleading the A.P.W.U. as a party to this lawsuit, have suggested that a second look is necessary on the overall status of the lawsuit between plaintiff and U.S.P.S. and other defendants herein.

3. Plaintiff had filed a previous supplemental brief with the Court, without a motion for leave of the Court, with said brief being returned to him and his attorney, with a re-

quest that any further briefs should be accompanied with a motion for leave of the Court. This supplemental brief includes many of the exhibits and arguments and authorities contained in that brief, as well as the above-referenced new developments, that showed that the mediation exercise was probably based on improper parameters, besides improper calculations of plaintiff's back and front pay from his accumulated employment benefits to fund the improperly calculated back pay of plaintiff.

4. This motion for leave of the Court would not prejudice any of the defendants, since it responds to the new developments as well as shows additional evidence on plaintiffs damages.

5. This motion for leave of the Court is not being made for any purposes of delay, but in order that the ends and purposes of justice may be well served.

WHEREFORE-PREMISES CONSIDERED, FRANCISCO R. RODRIGUEZ plaintiff, prays the Court grant his motion for leave of the Court to allow him to file his supplemental brief in reflecting new legal developments and belated provision of discovery affecting plaintiff's back pay, which also incorporates by reference brief and material proposing to further establish plaintiff's damages from the tort's alleged against the defendants, in compliance with Court instructions to file his motion for leave of the Court for any subsequent briefs that may be filed in this cause, and that the Court may grant any other and further relief to which plaintiff may be justly

entitled.

Dated: July 30, 2001.

                                       Respectfully submitted,

                                       _____
                                       DAVID E. FAST
                                       TBA #068450500, S.D. Adm. #2129
                                       11217 Leopard St., #"G"
                                       Corpus Christi, Tx 78410
                                       361/241-4495
                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of The Motion for Leave of the Court to file Brief, was delivered to the opposing attorney, by FAX, hand delivery or certified mail, return receipt requested, by depositing same in a depository of the U. S. Postal Service in a wrapper properly addressed, postage prepaid, to the said attorney, on July, 30 2001.

_____
DAVID E. FAST

## CERTIFICATE OF CONSULTATION

    This is to certify that on the 2 day of July, 2001, I consulted by telephone with the office of Nancy Masso, to inquire if the USPS/defendants had opposition to plaintiff's motion for leave of the Court, without obtaining permission or opposition.

_____
DAVID E. FAST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ, )
        Plaintiff )
                             ) Cause No. B-95-150
VS. ) Civil
                             )
UNITED STATES POSTAL SERVICE-ET AL,)
        Defendants)

## ORDER

On the _____ day of _____, 2001, came on to be heard Plaintiff's Motion for Leave of the Court to file Supplemental Brief, and if appears appropriate notice has been given to all interested parties/defendants and after opportunity for a hearing if necessary, or requested;

IT IS THEREFORE HEREBY ORDERED that Debtor's Motion for Leave of the Court to file Supplemental Brief, is granted, and the supplemental brief shall be made a part of the record

SIGNED this _____ day of _____, 2001.

_____
JUDGE PRESIDING