*12*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. B-95-150 |
| | * |
| UNITED STATES POSTAL SERVICE, | * |
| et al., | * |
| | * |
| Defendants. | * |

## DEFENDANT'S WITNESS LIST

The following is a list of witnesses that Defendant may call at the time of trial.

1. Mary Martinez, Postmaster, Harlingen, Texas;
2. Louis Bazaldua, Labor Relations Specialist, 809 Nueces Bay Blvd., Corpus Christi, Texas 78469;
3. Gilbert Galvan, Postmaster, 111 N. St. Mary's Street, Beeville, Texas 78102-9998;
4. Eddie Perez, Window Clerk at Harlingen, Texas, Post Office;
5. Felix Figueroa, Postal Inspector;
6. George Lopez, former Sectional Center Manager/Postmaster, Corpus Christi, Texas;
7. Romeo Rocha, United States Postal Service Supervisor, Harlingen, Texas;
8. Arturo Cortez, United States Postal Service Supervisor, Harlingen, Texas;
9. Robert Pantoja, Postal Manager for United States Postal Service, San Antonio, Texas.

The Defendant retains its right to call rebuttal witnesses as may become necessary during the course of trial.

Respectfully Submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel: (956)548-2554; Fax: (956) 548-2549
Texas State Bar No. 00800490; Federal I.D. No. 10263

-1-