12⁵

United States District Court
Southern District of Texas
FILED

AUG 03 2001

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

FRANCISCO R. RODRIGUEZ,　　　　　*
　　　　Plaintiff,　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*　　CIVIL ACTION N⁰. B-95-150
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
UNITED STATES POSTAL SERVICE,　　*
　　　　Defendant.　　　　　　　　　*

### DEFENDANT'S SUGGESTED VOIR DIRE

Defendant suggests that following questions be asked of the jurors in voir dire:

1.　　　Do you or any member of your family or acquaintances know of or know any of the following persons, other than has been revealed to you in court today; if so please explain briefly:

　　　　A.　　Francisco Rodriguez, sometimes known as Frank Rodriguez, the plaintiff in this case?

　　　　B.　　David Fast, his attorney?

　　　　C.　　Assistant United States Attorney Nancy Masso or Philip W. Eglsaer, attorneys for the defendant?

　　　　D.　　Anyone who is an employee of the United States Postal Service?

　　　　E.　　Possible witnesses in this, including:

　　　　　　　(1) Plaintiff's witnesses - from plaintiff's witness list?

　　　　　　　(2) Defendant's witnesses - from defendant's witness list?

2.　　　Have you or any member of your family or acquaintances ever been a party in either criminal or a civil lawsuit; if so, please explain briefly, including the type of lawsuit, whether the person was a plaintiff or defendant, the other parties involved in the lawsuit and who won the lawsuit?

3.　　　Have you or any member of your family or acquaintances ever been a witness in any civil or criminal proceeding; if so, please explain briefly?

4.      Have you or any member of your family or acquaintances ever been a juror in any civil or criminal lawsuit?

        A.      On how many occasions?

        B.      Was it a civil or criminal lawsuit?

        C.      Did you reach a verdict?

        D.      Were you the foreperson of the jury?

5.      Have you or any member of your family or acquaintance ever been employed by a governmental agency; if so, please explain briefly - what type of governmental agency (federal, state, county, municipal, school district, etc.) and in what capacity?

6.      Have you or any member of your family or acquaintance ever been employed by the United States Postal Service; if so, please explain briefly?

7.      Do you believe that you or any member of your family or acquaintance have ever been discriminated against in any manner by an employer, private or governmental, because of race, color, national origin, sex, religion, handicap, age or reprisal; if so, please explain briefly?

8.      Have you or any member of your family or acquaintance ever filed complaint of discrimination or grievance based upon what you or that person believed to discrimination of some kind, such as race, color, national origin, sex, religion, handicap, age or reprisal; if so, please explain briefly?

9.      Have you or any member of your family or acquaintance ever been the victim of employment discrimination?

10.     Have you or any member of your family or acquaintance ever been retaliated against by an employer because you or such person spoke out or expressed an opinion on some issue that you or that person thought to be important to your or such person's job, welfare, work force, community or country; if so, please explain briefly?

11.     Have you or any member of your family or acquaintance ever spoken out publicly or expressed an opinion complaining of any injustice, such as racism, sexism, discrimination or

any other matter which you or such person believed to be an injustice; if so, were you or such person ever subject to reprisal or retaliation of any kind because of the views or opinions expressed -- please explain briefly?

  12. Have you or any member of your family or acquaintance ever filed a claim, complaint or lawsuit against the United States, the State of Texas, or any other state, county municipal or other type of governmental body or agency?

  13. Have you or any member of your family or acquaintance ever had a dispute or misunderstanding with the federal government, and particularly with the United States Postal Service; if so, please explain briefly?

  14. Have you or any member of your family or acquaintance ever had any type of unpleasant experience with any other governmental body, agency or employee -- federal, state, county, municipal or school district; if so, please explain briefly?

  15. Have you or any member of your family or acquaintance ever had a dispute or misunderstanding with your employer; if so, please explain briefly?

  16. Have you or any member of your family or acquaintance ever had occasion to file a discrimination complaint or grievance regarding a term or condition of employment, and if so, are any of those complaint(s) still pending at the present time?

  17. Have you or any member of your family or acquaintance ever had a complaint of discrimination or grievance filed against yourself or them; if so, please explain briefly -- are any of those complaint(s) still pending at the present time?

  18. Have you or any member of your family or acquaintance ever had occasion to act as a counselor or investigator in an discrimination case?

  19. Have you or any member of your immediate family ever been a supervisor or management official or otherwise been in a position to evaluate subordinate employees?  If so, did you or that member of your family ever have any problems with employees which led to a grievance or a complaint of discrimination being filed?

3

20.     Have you or any member of your family ever been disciplined or removed from employment for alleged misconduct or poor performance?

21.     Do you believe that would not be able to treat the Postal Service the same as a private party in this lawsuit?

22.     Do you believe that, for any reason, you would not be able to give the Postal Service the same fair trial that you would give to a private person?

Respectfully Submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel:    (956)548-2554
Fax:    (956) 548-2549
Texas State Bar No.  00800490
Federal I.D. No. 10263

4