# COURT MINUTES

AUG 3 2001  /30

Michael N. Milby
Clerk of Court

HONORABLE    Filemon B. Vela                    JUDGE PRESIDING

COURTROOM CLERK Lourdes Mardis

COURT REPORTER Bill Holloway        LAW CLERK Gerardo Flores

COURT INTERPRETER: None Needed

DATE:  **August 3, 2001**            TIME: 8:30 a.m. - 12:20 a.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.  B-95-150

FRANCISCO R. RODRIGUEZ                    David E. Fast

VS

U.S. POSTAL SERVICE, ET AL               Nancy L. Masso

-----------------------------------------------------------------

Case called.  Both sides present and ready to proceed with Jury Selection.  Jury Panel was qualified by Judge Filemon B. Vela and thereafter a Jury was selected.  Jury was excused and case recessed until August 28, 2001 at 9:00 a.m. at which time trial will begin before Magistrate Judge John W. Black.