United States District Court
Southern District of Texas
FILED

AUG 03 2001

Michael N. Milby, Clerk of Court

Jurors Selected on __AUGUST 3, 2001__   Case # __B-95-150__

Case Style __RODRIGUEZ VS. U.S. POSTAL SERVICE__

Jury Trial Date __AUGUST 28, 2001__

Judge __JOHN W. BLACK__   Time __9:00 A.M.__

JUROR'S NAMES:

1. CARMEN AVILA
2. ARNULFO CORTEZ
3. OMAR E. VALDEZ
4. PATRICIA K. MOORE
5. HOWARD D. SHAFER
6. VICTOR M. DE LEON
7. MIREYA C. HENGGELER
8. GERALDINE M. KIMAK