*132*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-95-150 |
| UNITED STATES POSTAL SERVICE, ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS AND SETTLEMENT CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME.

**AUGUST 22, 2001 AT 2:15 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 14, 2001

TO:    MR. DAVID FAST
       MS. NANCY L. MASSO
       MR. FRANCISCO R. RODRIGUEZ/MS. EMMA M. RODRIGUEZ