134

United States District Court
Southern District of Texas
FILED

AUG 2 8 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

SETTLEMENT MINUTES

CIVIL ACTION NO. B-95-150           DATE & TIME: 08-28-01 AT 10:00 A.M.

FRANCISCO R. RODRIGUEZ,              PLAINTIFF(S)    DAVID FAST
EMMA MENDEZ RODRIGUEZ                COUNSEL

VS.

UNITED STATES POSTAL                 DEFENDANT(S)    NANCY L. MASSO
SERVICE, ET AL.                      COUNSEL

-------------------------------------------------------------------------------

ERO: Gabriel Mendieta
CSO: Tony Yanez & Emilio Escobedo

    Attorneys David Fast, Nancy Masso, Philip Eglsaer attorney for the U. S. Postal Service and Plaintiff Francisco R. Rodriguez appeared.

    Parties reported that this case has been settled.

    A final judgment will be filed asking for dismissal with prejudice. Mr. Rodriguez understands that this case is settled.

    Jurors were notified of settlement.

Status conference will be set for November, 2001, to be held if needed.