United States District Court
Southern District of Texas
FILED

NOV - 1 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO RODRIGUEZ | § | CASE NO. CA B-95-150 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | AUGUST 28, 2001 |
| U.S. POSTAL SERVICE | § | 10:09 A.M. TO 10:12 A.M. |

## JURY TRIAL
## SETTLEMENT ANNOUNCEMENT

BEFORE THE HON. JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:          SEE NEXT PAGE

For the Defendant:          SEE NEXT PAGE

Court Recorder:             Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
713.697.4718 (office)
713.697.4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.