THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE



NOV 01 2001

CIVIL ACTION NO. __B-95-150__     DATE & TIME: __11-01-01 AT 1:30 P.M.__

FRANCISCO R. RODRIGUEZ,         PLAINTIFF(S)   __DAVID FAST__
EMMA MENDEZ RODRIGUEZ           COUNSEL

VS.

UNITED STATES POSTAL            DEFENDANT(S)   __NANCY L. MASSO__
SERVICE, ET AL.                 COUNSEL

-------------------------------------------------------------------------

CSO: Roy Zepeda
ERO: Linda Garcia

    Attorneys David Fast & Nancy Masso appeared.

    Plaintiff filed a brief with the Court.

    Defendants produced a copy of the settlement announcement, Exhibit D. The Judge read from the announcement.

    Defendants will prepare an order of dismissal to be signed by Judge Black today, November 1, 2001.