*14C*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 0 1 2001

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. B-95-150 |
| | * |
| UNITED STATES POSTAL SERVICE, | * |
| | * |
| Defendant. | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having reached full and final settlement of this matter, it is hereby stipulated, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the above-numbered and captioned matter be and is hereby dismissed with prejudice to the Plaintiff. It is further stipulated that the parties will each bear their own respective costs and expenses.

_Nov. 1, 2001_
Executed

_____
FRANCISCO R. RODRIGUEZ
Plaintiff

_Nov 1, 2001_
Executed

_____
DAVID E. FAST
Plaintiff's Attorney
State Bar No. 068450500
11217 Leopard, Suite G
Corpus Christi, Texas 78410
Tel. 361-241-4495
Fax. 361-241-4495

|  |  |
|---|---|
|  | GREGORY SERRES<br>UNITED STATES ATTORNEY |
| 11-1-01<br>Executed | By: *[signature]*<br>NANCY L. MASSO<br>Assistant United States Attorney<br>Attorney for Defendant<br>State Bar No. 00800490<br>600 East Harrison #201<br>Brownsville, TX 78520<br>Tel. 956-548-2554<br>Fax. 956-548-2549 |

2