*14,*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ | * |
| | * |
| vs. | *   CIVIL ACTION No. B-95-150 |
| | * |
| UNITED STATES POSTAL SERVICE | * |

## ORDER OF DISMISSAL

On November 1, 2001, the parties herein filed a Stipulation for Dismissal indicating that they had settled their lawsuit.

THEREFORE, IT IS ORDERED that this cause is hereby dismissed with prejudice. Costs are to be assessed against those who incurred same.

Signed this _1ST_ day of _NOVEMBER_, 2001, in Brownsville, Texas.

JOHN WILLIAM BLACK
United States Magistrate Judge
Southern District of Texas