142

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE HIS NOTICE OF APPEAL TO THE FIFTH CIRCUIT OF APPEALS

TO THE HORORABLE MAGISTRATE JUDGE BLACK OF U.S. DISTRICT COURT:

COMES NOW, FRANCISCO R. RODRIGUEZ, plaintiff in the above-numbered and entitled cause, and for his motion for leave of the Court to allow him to file his notice of appeal to the Fifth Circuit Court of Appeals, and in support therefor, would respectfully show the Court as follows:

1. Plaintiff filed his original petition on September 6, 1995; and his third amendment on July 8, 1996, to which the defendants filed a number of motions for dismissal and for summary judgment, plaintiff tried diligently to proceed to trial.

2. On November 1, 2001, the lawsuit was dismissed with a settlement agreement imposed on him which precluded him from a jury trial, plaintiff asserted immediate protest to the settlement agreement challenging its validity as written, but was denied discussion.

3. On January 26, 2002, developments from the defendants arose contrary to due process which suggests that a second look is necessary on the overall status of the lawsuit between plaintiff and the United States Postal Service and other defendants herein.

1

4. This motion for leave of the Court would not prejudice any of the defendants, since it responds to the new developments as well as shows additional evidence of plaintiff's damages.

5. This motion for leave of the Court is not being made for any purposes of delay, but in order that ends and purposes of justice may be well served.

WHEREFORE-PREMISES CONSIDERED, FRNACISCO R. RODRIGUEZ, plaintiff, prays the Court grant his motion for leave of the Court to allow him to file his notice of appeal to the Fifth Circuit Court of Appeals.

Dated: February 5, 2002.

Respectfully submitted.

FRANCISCO R. RODRIGUEZ
Proceeding pro se
719 Citrus Terrace
Harlingen, TX 78550

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of The Motion for Leave of the Court to file his Notice of Appeal to the Fifth Circuit Court of Appeals, was delivered to the opposing attorney, by hand delivery or certified mail, return receipt requested, by depositing same in a U.S. Postal Service in a wrapper properly addressed, postage prepaid, to the said attorney, on February 5, 2002.

FRANCISCO R. RODRIGUEZ

## CERTIFICATE OF CONSULTATION

This is to certify that on the 5TH day of February, 2002, I consulted by telephone with the office of Nancy L Masso, to inquire if the USPS/defendants had opposition to plaintiff's motion for leave of the Court, without obtaining permission or opposition.

FRANCISCO R. RODRIGUEZ

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO R. RODRIGUEZ §<br>  Plaintiff, §<br> §<br>vs. §<br> §<br>UNITED STATES POSTAL SERVICE, §<br>  ET AL. §<br> §<br>  Defendants. § | CIVIL ACTION NO. B-95-150 |

## ORDER

On the _____ day of _____, 2002, came on to be heard Plaintiff's Motion for Leave of the Court to file his Notice of Appeal to the Fifth Circuit Court of Appeals, and it appears appropriate notice has been given to all interested parties /defendants and after opportunity for a hearing if necessary or requested;

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave of the Court to file the Notice of Appeal to the Fifth Circuit of Appeals, is GRANTED.

SIGNED this _____ day of _____, 2002

_____
PRESIDING JUDGE