*143*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-95-150 |
| | § | |
| UNITED STATES POSTAL SERVICE, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEAL TO THE FIFTH CIRCUIT OF APPEALS**

COMES NOW, FRANCISCO R. RODRIGUEZ, plaintiff in the above-numbered and entitled cause, and for his notice of appeal to the Fifth Circuit of Appeals, and in support would respectfully show the Court as follows:

1. Plaintiff filed his original petition on September 6, 1995; and his third amendment on July 8, 1996, to which the defendants filed a number of motions for dismissal and for summary judgment, plaintiff tried diligently to proceed to trial.

2. On November 1, 2001, the lawsuit was dismissed with a settlement agreement imposed on him which precluded him from a jury trial, plaintiff asserted immediate protest to the settlement agreement challenging its validity as written, but was denied discussion.

3. On January 26, 2002, developments from the defendants arose contrary to due process which suggests that a second look is necessary on the overall status of the lawsuit between plaintiff and the United States Postal Service and other defendants herein

4. This motion for leave of the Court is not being made for any purposes of delay, but in order that ends and purposes of justice may be well served.

WHEREFORE-PREMISES CONSIDERED, FRNACISCO R. RODRIGUEZ,

plaintiff, prays the Court grant his notice of appeal to the Fifth Circuit Court of Appeals.

Dated: February 5, 2002.

Respectfully submitted.

FRANCISCO R. RODRIGUEZ
Proceeding pro se
719 Citrus Terrace
Harlingen, TX 78550