UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION Nº. B-95-150 |
| | * | |
| UNITED STATES POSTAL SERVICE, | * | |
| ET AL | * | |

## ORDER DENYING MOTION FOR LEAVE TO FILE NOTICE OF APPEAL

Today, this Court considered "Plaintiff's Motion for Leave of the Court to File His Notice of Appeal to the Fifth Circuit [Court]of Appeals."  In reviewing this Motion, the Court notes the following:

1. Plaintiff filed his lawsuit on September 6, 1995;
2. Trial by jury was scheduled to begin August 28, 2001;
3. On August 28, 2001, the parties announced in Court that they had settled their dispute and announced their terms into the record of the Court;
4. On November 1, 2001, the Parties submitted a "Stipulation of Dismissal With Prejudice" which was later adopted by this Court which caused an "Order of Dismissal" to be executed and filed on November 1, 2001;
5. On February 6, 2002, Plaintiff filed his Motion for leave to file his Notice of Appeal. In this Motion, Plaintiff states that:
    > "[o]n or about January 26, 2002, developments from the defendants arose contrary to due process which suggests that a second look is necessary on the overall status of the lawsuit between plaintiff and the United States Postal Service and other defendants herein.";
6. Plaintiff never specifically states what it is that he believes to be "contrary to due process" or how that would cause this Court to disrupt a settlement Plaintiff entered;
7. Moreover, in order to appeal the November 1, 2001, Notice of Appeal, Plaintiff was required to file a proper notice of appeal within sixty (60) days after entry of the final judgement. FED.R.APP.P. 4(a)(1). Furthermore, any extensions on this time period must have been sought within thirty days of its expiration FED. R. APP.P. 4(a)(5);
8. In the case at bar, Plaintiff should have filed his Notice of Appeal no later than December 31, 2001 and any extensions for same showing excusable neglect by January 30, 2002;
9. Plaintiff did not file his Motion until 97 days from the date of the Order of Dismissal;

This Court is of the opinion that Plaintiff has not set forth a sufficient basis warranting the granting of his Motion for Leave;

THEREFORE, IT IS ORDERED, that "Plaintiff's Motion for Leave of the Court to File His Notice of Appeal to the Fifth Circuit [Court]of Appeals" be **DENIED**.

Signed this 20TH day of February, 2002, in Brownsville, Texas.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE
Presiding Judge, 28 USC 636(c)