READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

146

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| UNITED STATES DISTRICT COURT<br>Southern District of Texas - Brownsville Division | B-95-150 |

Short Case Title: Rodriguez vs US Postal Service, Et Al    Court Reporter: Linda Garcia

Date Notice of Appeal Filed by Clerk of District Court: 02/06/2002    Court of Appeals #: _____ (If Available)

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*

    Voir dire ☐;  Opening statement of plaintiff ☒ defendant ☒
    Closing argument of plaintiff ☒ defendant ☒;  Opinion of court ☐;
    Jury instructions ☐;  Sentencing ☐;  Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 11/01/01 | Status conference | John W. Black |

*United States District Court*
*Southern District of Texas*
*FILED*

*MAR 0 4 2002*

*Michael N. Milby*
*Clerk of Court*

*FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.*

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds;  ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;  ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds;
- ☐ Other _____

Signature: *Francisco R. Rodriguez*    Date Transcript Ordered: 3-1-02

Print Name: Francisco R. Rodriguez    Counsel for: Pro Se

Address: 719 Citrus Terrace, Harlingen, TX 78550    Telephone: (956) 423-8632

---

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 03/01/02 | | 04/05/02 | |

- ☒ Satisfactory Arrangements for payment were made on **March 1, 2002**
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Other *(Specify)* _____

| 03/04/02 | *Linda Garcia* | (956) 548-2500 |
|---|---|---|
| Date | Signature of Court Reporter | Telephone |

Address of Court Reporter: _____

* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

---

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages        _____ Actual Number of Volumes

_____ Date        _____ Signature of Court Reporter

DKT-13 (5/96)