READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

148

# TRANSCRIPT ORDER

| District Court | UNITED STATES DISTRICT COURT Southern District of Texas - Brownsville Division | District Court Docket Number | B-95-150 |

Short Case Title: Rodriguez vs US Postal Service, Et Al    Court Reporter: Gabriel Mendieta

Date Notice of Appeal Filed by Clerk of District Court: 02/06/2002    Court of Appeals #: _____ (If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: (check appropriate box)
  - Voir dire ☐; Opening statement of plaintiff ☒ defendant ☒
  - Closing argument of plaintiff ☒ defendant ☒ Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

United States District Court
Southern District of Texas
FILED
MAR 0 4 2002
Michael N. Milby
Clerk of Court

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 02/10/99 | Status conference regarding Show cause hearing for Sua Sponte Sanctions | John W. Black |
| 09/19/00 | Status conference | John W. Black |
| 02/28/01 | Motion hearing - Plaintiffs motion to dismiss | |

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature: *Francisco Rodriguez*    Date Transcript Ordered: 3-1-02

Print Name: Francisco R. Rodriguez    Counsel for: Pro Se

Address: 719 Citrus Terace, Harlingen, TX  78550    Telephone: (956) 423-8632

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 3-1-02 | | 4-5-02 | |

☒ Satisfactory Arrangements for payment were made on 3-1-02
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

3-4-02    *Mendieta*    956/548-2500
Date    Signature of Court Reporter    Telephone

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____    _____
Date    Signature of Court Reporter

DKT-13 (5/96)

Copy 1 - Court Reporter's Copy