United States District Court
Southern District of Texas
FILED

APR 0 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO R. RODRIGUEZ, ET AL | § § § | CASE NO. CA B-95-150 |
| VERSUS | § § | BROWNSVILLE, TEXAS NOVEMBER 1, 2001 |
| U.S. POSTAL SERVICE, ET AL | § | 1:35 P.M. TO 1:45 P.M. |

STATUS CONFERENCE

BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff(s):      DAVID FAST
11217 Leopard, Suite G
Corpus Christi, Texas 78410

For the Defendant(s):      U.S. Attorney's Office
NANCY MASSO, AUSA
P.O. Box 1671
Brownsville, Texas 78522

Court Recorder:      Linda Garcia

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292
(713) 697-4718 (Office) ♦ (713) 697-4722 (Fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.