IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-40362
USDC No. B-95-CV-150

U.S. COURT OF APPEALS
**FILED**

MAY 07 2002

CHARLES R. BRUCE III
CLERK

FRANCISCO R. RODRIGUEZ ET AL.,

Plaintiffs,

FRANCISCO R. RODRIGUEZ,

Plaintiff-Appellant,

versus

UNITED STATES POSTAL SERVICE, MARVIN T. RUNYON, Individually and as Postmaster General, MARY MARTINEZ, Individually, Postmaster ROMEO ROCHA, Individually, Superintendent of Postal Operations, ROBERTO PANTOJA, Individually, Superintendent of Postal Operations, GILBERT G. GALVAN, Individually, Supervisor, ARTURO J. CORTEZ, Individually, Acting Superintendent, EDDIE M. PEREZ, Individually, Part-time Flexible Clerk, LOUIS BAZALDUA, Individually, Labor Relations Specialist, MANUEL D. HERNANDEZ, Individually, MSC Director, FELIX R. FIGUEROA, Individually, Postal Inspector, GEORGE LOPEZ, Individually, MSC Manager/Inspector, JANET RENO, Attorney General, and GAYNELLE GRIFFIN JONES, United States Attorney,

United States District Court
Southern District of Texas
FILED

MAY 10 2002

Michael N. Milby
Clerk of Court

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas

Before DAVIS, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Rule 4(a)(1)(B), Fed. R. App. P., requires that the notice of appeal in a civil case in which the United States is a

02-40362
- 2 -

party be filed within 60 days of entry of the judgment or order appealed from. In this employment discrimination case proceeding before the magistrate judge by consent, an order of dismissal was entered on November 1, 2001. Accordingly, the final day for filing a timely notice of appeal was December 31, 2001. The plaintiff filed a pro se notice of appeal on February 6, 2002. The time limitation for filing a notice of appeal is jurisdictional, and the lack of a timely notice mandates dismissal of the appeal. Robbins v. Maggio, 750 F.2d 405, 408 (5th Cir. 1985).

APPEAL DISMISSED.

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 7, 2002

United States District Court
Southern District of Texas
RECEIVED

MAY 1 0 2002

Michael N. Milby, Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 02-40362 Rodriguez v. United States Postal
USDC No. B-95-CV-150

Enclosed is a certified copy of the judgment issued as the mandate

Record/original papers/exhibits are returned:

( X ) 10 Volumes     ( X ) 1 Box

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Tabitha Casimier Tobias, Deputy Clerk
504-310-7680

cc: w/encl:
    Mr Francisco Rodriguez
    Ms Nancy Lynn Masso

MDT-1